Civil Action No. 2:26–cv–13519–LVP–CI

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ABDULLAH H. HAMMOUD was received by me on *(date)* 11/11/2026.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Rachel Fawaz, Employee for Mayor, authorized to accept , who is designated by law to accept service of process on behalf of *(name of organization)* ABDULLAH H. HAMMOUD on *(date)* Thu, Nov 12 2026 at 1130 AM ; or

☐ I returned the summons unexecuted because: ____________ ; or

☐ Other: ____________ ; or

My fees are $ 0.00 for travel and $ 192.50 for services, for a total of $ 192.50.

I declare under penalty of perjury that this information is true.

Date: 11-16-26

[signature]

*Server's signature*

Bonnie Phillippi

*Printed name and title*

P.O. Box 250-267
Franklin, Mi 48025

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Nov 12, 2026, 11:30 am EST at 16901 Michigan Avenue, Dearborn, MI 48126 received by Rachel Fawaz, Employee for Mayor, authorized to accept.