# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| **Exhibit 1** | **Declaration of Margot J. Cleveland (w/ Exs. A-J)** |
| **Ex. A** | Email from Margot Cleveland to then-City Attorney Jeremy Romer, subject line "Confirmation of viewpoint neutrality," dated April 6, 2025 |
| **Ex. B** | Plaintiff's April 9, 2025 and May 13, 2025 FOIA requests to the City of Dearborn |
| **Ex. C** | Records produced by the City of Dearborn in response to Plaintiff's April 9, 2025 and May 13, 2025 FOIA requests |
| **Ex. D** | Warren Business District Improvement Authority Meeting Minutes, dated September 23, 2025, referencing the "Ramadan Lighting & Holiday Decoration" account |
| **Ex. E** | Letter from Plaintiff's counsel to the Mayor and copied to City Attorney, dated September 24, 2025 |
| **Ex. F** | Religion News Service article dated February 24, 2026 |
| **Ex. G** | Plaintiff's April 15, 2026 emails to the seven Dearborn City Council members |
| **Ex. H** | Plaintiff's April 27, 2026 email to the City's attorneys and City Council members, and Plaintiff's counsel's April 28, 2026 email |
| **Ex. I** | Dearborn City Council Resolution awarding the contract "for Holiday Lighting Installation and Maintenance" (proposed September 22, 2026) |
| **Ex. J** | Executive Summary and Memorandum to the Dearborn City Council, via Mayor Hammoud, requesting funding for holiday lighting displays, dated September 9, 2026 |
| **Exhibit 2** | **Declaration of Dr. M. Zuhdi Jasser, M.D.** |