# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **MARGOT CLEVELAND,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF DEARBORN, MICHIGAN; ABDULLAH H. HAMMOUD,** individually and in his official capacity as Mayor of the City of Dearborn, Michigan,<br>Defendants. | No. 2:26-cv-13519-LVP-CI<br><br>Hon. Linda V. Parker<br><br>Magistrate Judge Curtis Ivy, Jr. |

**DECLARATION OF MARGOT J. CLEVELAND**

I, Margot J. Cleveland, make this declaration pursuant to 28 U.S.C. § 1746 and based on my personal knowledge and upon information and belief where noted.

1. I am an adult citizen of the United States and the Plaintiff in this case. I am competent to make this declaration, and if called as a witness, I could and would testify competently to the matters set forth herein.

2. I have resided in the City of Dearborn, Michigan ("City"), since 2007.

3. I am an award-winning journalist and the Senior Legal Correspondent for *The Federalist*.

4. In that capacity, I regularly follow and report on matters of public concern, including the actions and public statements of the City and its officials.

5. I am a practicing Catholic. The holy days of my faith, including Lent and Easter, are central to my religious life.

6. I am a taxpayer of the City of Dearborn: I pay property taxes on my residence and the adjoining lot I own with my husband. I object to my tax dollars being used to celebrate and promote Islam over other faiths, including my own.

7. Upon information and belief, Defendant City of Dearborn is a Michigan municipal corporation. The City is responsible for the customs, policies, and practices of its Mayor's Office, its Law Department, and its City Council.

8. Upon information and belief, Defendant Abdullah H. Hammoud is the Mayor and Chief Executive Officer of the City. He is responsible for the City's executive actions, customs, policies, and practices, and he is a final policymaker for the City.

9. In or about April 2025, while in downtown Dearborn, I discovered there were numerous banners on public property proclaiming "Ramadan Kareem." Upon information and belief, "Ramadan Kareem" means "Generous Ramadan" and is a religious blessing on the Islamic holy month of Ramadan.

10. At that same time, I also learned that the City had erected a large, lighted crescent moon in the City's Peace Park to celebrate Ramadan. Below are true and correct images of the lighted crescent moon and Ramadan Kareem banners.






11. I understand the crescent moon to be a religious symbol of Islam, associated with the Islamic lunar calendar and with Islamic religious observances such as Ramadan.

12. Upon information and belief, Islam follows a lunar calendar of twelve months, known as the Hijri calendar, and Ramadan is the ninth month of that calendar. Dearborn's mosques keep time by that calendar. On November 13, 2026, for example, the website of the American Moslem Society (Masjid Dearborn) displayed the date as "3 Jumada Al-akhirah 1448," https://amsdearborn.org/, and the Islamic Institute of Knowledge in Dearborn organizes its monthly prayer timetable by Hijri month (for October/November 2026, "Jumada Al-Awwal 1448"), https://www.iiofk.org/.

13. The crescent moon and star, displayed together, are widely recognized in the United States as the symbol of the Islamic faith; they appear atop the domes and minarets of mosques, on Islamic religious materials, and on the flags of many Muslim-majority nations.

14. The crescent and star are understood by Muslims and non-Muslims alike as a symbol of Islam.

15. I know of no secular meaning to the crescent moon displays in Dearborn; rather, the displays represent symbols of the Islamic faith.

16. Upon information and belief, Muslims observe Ramadan as a holy month of fasting and prayer.

17. Upon information and belief, Muslims believe that the Qur'an was first revealed to the Prophet Muhammad during Ramadan, and the Qur'an itself identifies Ramadan as the month in which the Qur'an was sent down as guidance for mankind.

18. Upon information and belief, fasting during Ramadan (sawm) is one of the Five Pillars of Islam—the core acts of worship that are obligatory for every adult Muslim who is able to perform them—and during Ramadan observant Muslims abstain from food, drink, and marital relations from dawn until sunset each day. The Islamic Center of America in Dearborn, which describes itself as the largest mosque in the United States, likewise lists "Sawm (Fasting)" among the "Pillars of Islam,"

together with "Shahadah (Faith)," "Salah (Prayer)," "Zakat (Almsgiving)," and "Hajj (Pilgrimage)." *See* https://icofa.com/resources/.

19. Upon information and belief, Ramadan is also marked by additional religious devotion, including nightly congregational prayers in the mosque (tarawih), recitation of the Qur'an, charitable giving (including zakat al-fitr, the obligatory charity paid before the end of the month), and the observance of Laylat al-Qadr (the Night of Power), which Muslims believe falls in the last ten nights of Ramadan. Ramadan concludes with the religious festival of Eid al-Fitr. Dearborn-area mosques publicly describe these same observances. The Islamic Institute of Knowledge lists Ramadan, with its "Nightly taraweeh, iftars, and Quran programs," and Eid al-Fitr, with its "Community Eid prayer and celebration," among the "Islamic Calendar Highlights" it observes each year. *See* https://www.iiofk.org/events. The Al-Huda Islamic Association in Dearborn states that "[o]ther prayers such as Taraweeh are held during Ramadan and after Isha prayer." *See* https://www.alhudamosque.org/services. The Islamic Center of America accepts donations designated as "Zakat al-Fitra." *See* https://icofa.com/donate/.

20. Upon information and belief, observing Ramadan is an act of worship performed in obedience to God, and participation in Ramadan is an Islamic religious exercise.

21. Ramadan holds no secular meaning. In the United States, it is not a civic or cultural holiday, but instead exists only as a religious observance.

22. Upon information and belief, Ramadan is not tied to any season of the year. Because the Islamic lunar year is approximately 354 days long—roughly eleven days shorter than the solar year—Ramadan begins about eleven days earlier each year and moves through every season over a cycle of approximately thirty-three years. Its timing, like its meaning, is determined solely by religion.

23. Upon information and belief, Iftar is the meal that Muslims eat at sunset to break the daily Ramadan fast. Following the practice of the Prophet Muhammad, Muslims customarily break the fast with dates and water and recite a prayer of supplication (du‘a), and the Iftar is accompanied by the sunset prayer (Maghrib). Muslims regard providing Iftar to those who are fasting as itself a religiously meritorious act, and an Iftar held during Ramadan is a religious event, not a secular dinner. Dearborn-area mosques host Iftar as part of their Ramadan observance: the Islamic Institute of Knowledge holds "[n]ightly community iftars . . . throughout the blessed month" at "Sunset" "During Ramadan," https://www.iiofk.org/events, and the Islamic House of Wisdom lists "Ramadan Iftaar and Community dinners" among its programs and services, https://www.islamichouseofwisdom.com/donate.

24. Upon information and belief, "Ramadan Kareem" is Arabic for "Generous Ramadan" or "Ramadan is generous." It is a traditional greeting that

Muslims exchange during the holy month, together with "Ramadan Mubarak" ("Blessed Ramadan"), and it expresses the religious belief that Ramadan is a blessed month in which God is especially generous with His mercy, forgiveness, and reward. "Ramadan Kareem" is a religious blessing on an Islamic holy month, not a generic seasonal greeting, and it has no secular meaning.

25. Upon information and belief, the crescent moon (hilal) has particular religious significance in Islam because each Islamic month, including Ramadan, begins with the sighting of the new crescent moon. The Qur'an teaches that the new moons are signs for marking time for the people and for the pilgrimage, and the Prophet Muhammad instructed Muslims to begin the Ramadan fast upon sighting the crescent and to end it upon sighting the next crescent. Each year, mosques and religious authorities announce the beginning of Ramadan, and later Eid al-Fitr, based on the crescent's sighting; for that reason, the crescent moon is the central visual symbol of Ramadan itself.

26. At the time I saw the Ramadan displays, Lent was in its fourth week and Passover was less than a week away. Yet the City displayed no banners or other displays recognizing Lent, Easter, or Passover.

27. My contact with the City's Ramadan displays was direct and unwelcome. As a Catholic, I understood the City's displays, erected on City property to celebrate the holy month of only one faith, to communicate that the City officially

favors Islam and that I and my Christian and Jewish neighbors are outsiders in our own community, not full members of the political community.

28. On April 6, 2025, with Easter two weeks away, I emailed then-City Attorney Jeremy Romer under the subject line "Confirmation of viewpoint neutrality."

29. In my email, I asked the City to confirm that it would likewise display signs and park decorations recognizing Easter and Passover. I explained that I "much prefer[red] to ensure equality of faith traditions, as opposed to a challenge to the display." Attached to this declaration as Exhibit A is a true and correct copy of my April 6, 2025 email.

30. No one from the City responded to my email. Easter and Passover 2025 passed without any City banners or displays recognizing either holy day.

31. On or about April 9, 2025, I submitted a request to the City under the Michigan Freedom of Information Act, MCL 15.231 et seq. ("FOIA"), seeking records concerning the City's Ramadan displays and celebrations. On or about May 12, 2025, the City produced records in response to my request.

32. Based on the records provided in response to my initial FOIA request, on or about May 13, 2025, I submitted a second FOIA request seeking communications, invoices, memorandum, documents, photographs, invitation lists, electronic or otherwise, including emails, from 1/1/2025 to present related to, among

other things: the Dearborn Police Ramadan Shirt; a Dearborn Fire Department Shirt; and the Mayor's March 12, 2025 Community Iftar. True and correct copies of my two FOIA requests are attached to this declaration as Exhibit B.

33. Attached to this declaration as Exhibit C is a true and correct copy of relevant records the City produced in response to my FOIA requests.

34. The City's records indicate that the City spent public funds on the "Ramadan Kareem" banners. *See* Exhibit C at 10-11.

35. The City's records confirm that the City spent public funds of more than $6,000 on the lighted crescent moon display in the City's Peace Park. *See* Exhibit C at 23.

36. The City's records further indicate that the City's Police Department sold Ramadan-themed shirts bearing the official department emblem, with the Muslim religious symbol of a crescent moon and star, and the "Ramadan Kareem" message. *See* Exhibit C at 34-45. A true and correct image of the design for the shirts, as revealed in the FOIA response, follows:









37. Additionally, the FOIA response reveals the City of Dearborn Police Department created the new shirt design with the Islamic religious symbols and message for the fundraiser, rather than using the secular design previously used by the department. *Id.* A true and correct image of the previous design appears as follows:




38. The City's records further reveal that the Mayor issued a non-transferable invitation to select members of the community to an Iftar—the meal that breaks the daily Ramadan fast—using his official City email, *see* Exhibit C at 32-33, and that the City spent public funds, approximately $360, on signage and printing for that religious event. *Id.* at 29-30.

39. Neither the records the City produced nor my own observations reflect any City expenditure for banners, displays, or events recognizing Lent, Easter, or Passover. Nor has the City ever, to my knowledge, recognized any Jewish holy day.

40. Further, upon information and belief, since in or about 1984 when a federal judge ordered Dearborn's crèche removed within 48 hours from City property, the City has ceased erecting standalone religious displays celebrating Christian holy days.

41. Even the City's budgetary accounts recognize the preference for Islamic holy days, with one account entitled "Ramadan Lighting & Holiday Decoration." Attached to this declaration as Exhibit D is a true and correct copy of the Warren Business District Improvement Authority Meeting Minutes, dated September 23, 2025, that reference the "Ramadan Lighting & Holiday Decoration" account. *See* Exhibit D at 48.

42. The City's Police Department also lights its building green to celebrate Ramadan. The City's Chief of Police announced this on social media, stating, in relevant part: "This Ramadan, I extend my warmest greetings to all observing this sacred month of fasting, prayer, reflection, and community. May Allah bless you and your loved ones with peace, health, happiness, and abundant blessings. May this holy month bring strength, compassion, and unity to our entire community. In recognition of Ramadan—and as we do for many meaningful holidays—the exterior lighting of the Dearborn Police Department will shine green throughout the remainder of the holy month." The following is a true and correct copy of the Chief of Police's social media post, dated on or about February 18, 2026:




43. Upon information and belief, green is associated with Islam based on the Qur'an's description of paradise, where people are described as wearing green garments of silk and resting on green cushions in green gardens, as well as the fact that Muhammad was said to have worn a green cloak and his tomb was painted green.

44. At a September 9, 2025 City Council meeting, Ted Barham, a Christian pastor and Dearborn resident, objected to the renaming of a City street in honor of Osama Siblani, who has called Hamas and Hezbollah freedom fighters.

45. Mr. Barham quoted Christian scripture for the proposition that "the one who lives by the sword will die by the sword," as well as Jesus's words that "blessed

are the peacemakers." Mr. Barham explained that naming a street after Mr. Siblani was like naming a street Hamas or Hezbollah, given Mr. Siblani's public comments supporting both terrorist organizations.

46. In response, the Mayor publicly chastised Mr. Barham for supposedly saying horrible things about Islam, and then told the Dearborn resident: "[Y]ou are a bigot and you are a racist and you are an Islamophobe. And although you live here, I want you to know as mayor, you are not welcome here. And the day you move out of the city will be the day that I launch a parade celebrating the fact that you moved out of the city." A true and correct video of the September 9, 2025 City Council meeting is available on YouTube with the exchange with Mr. Barham beginning at the 40:36 timestamp. This video is available at https://youtu.be/zM351pZVulg?t=2434.

47. Upon information and belief, the Mayor did not tell participants at an April 2024 rally in the City who chanted "Death to America" and "Death to Israel" that they were not welcome in Dearborn.

48. The Mayor also celebrated the renaming of the City street in Mr. Siblani's honor. *See* https://youtu.be/zM351pZVulg?t=2434 at approximately the 48:00 mark.

49. On October 7, 2023, the day of Hamas's terrorist attack on Israel, the Mayor posted on the social media platform X a statement rationalizing the attacks,

stating: "Israel's decades of illegal military occupation and imprisonment of Gaza make peace impossible and tragic violence inevitable." A true and correct copy of the Mayor's October 7, 2023 post on X and my response follows:


Margot Cleveland @ProfMJCleveland · Oct 9, 2023
Mayor @AHammoudMI Rape, murder, and taking children, the elderly and civilians hostages is not "tragic violence" or "inevitable." Shame. On. You.

Abdullah H. Hammoud @AHammoudMI · Oct 7, 2023
Israel's decades of illegal military occupation and imprisonment of Gaza make peace impossible and tragic violence inevitable. Israel has trapped millions of Palestinians in Gaza in what is recognized by the international community as the world's largest open-air prison. Failure

8 31 77 6.8K

50. More recently, on or about September 14, 2026, the Mayor publicly invited the rapper Macklemore, a performer known for antisemitic rhetoric and imagery, to give a free, City-sponsored concert in Dearborn after other venues had refused to host him. A true and correct image of the Mayor's post on X extending this invitation follows:


Abdullah H. Hammoud
@AHammoudMI

Hey @macklemore, if they don't want you performing in their stadiums, you're always welcome in Dearborn.

Come put on a show here. We'll make it a free concert, sponsored by the City, and help make it one of the best around.

We stand with you and for a free Palestine.

Let's make it happen.

Variety @Variety · Sep 14
Macklemore Dropped From Ed Sheeran Tour After 'Free Palestine' Speech
variety.com/2026/music/new... 100%

8:58 PM · Sep 14, 2026 · 4M Views

51. On September 24, 2025, my counsel wrote on my behalf to the Mayor and City Attorney, objecting that "the City of Dearborn has become a hostile place for Christians and Jews" and that the City's "singular celebration of Ramadan" was "one factor fueling this hostility." Attached to this declaration as Exhibit E is a true and correct copy of my counsel's September 24, 2025 letter.

52. In the letter, my counsel requested that the City "display at the appropriate time banners similar in size and content to the Ramadan banners that recognize the holy days of Christians and Jews, such as . . . Easter, Rosh Hashanah, and Yom Kippur." *See* Exhibit E at 53.

53. Neither the Mayor nor the City Attorney responded to my counsel's letter.

54. Rather than extend equal recognition to Christians and Jews, the City increased its promotion of Islam. On February 24, 2026, the Religion News Service reported that the City had commissioned crescent moon and star light displays on municipal street lights for Ramadan 2026, with a spokesperson for the City describing the program as "the first of its kind in Dearborn." *See* Exhibit F at 59. Attached to this declaration as Exhibit F is a true and correct copy of the February 24, 2026 Religion News Service article.

55. The Mayor described the City-sponsored display program as an "initiative [that] reflects who we are as a city." *Id.*

56. Upon information and belief, these crescent moon and star displays were erected on City-owned property, using City funds, and were coordinated by City officials, including the Mayor.

57. Upon information and belief, the City spent additional public funds, beyond its 2025 expenditures, on these displays, with documents from the FOIA request indicating each "Crescent Moon & Star Pole Mount" cost about $550. *See* Exhibit C at 26.

58. On April 14, 2026, I addressed the City Council during public comment. I recounted the City's silence in response to my prior requests, and I asked the Council to fund Easter and Passover banners and to add a menorah to the City's holiday display so that "Dearborn is one Dearborn where all religions are treated equally and celebrated." The YouTube video of the April 14, 2026 City Council meeting represents a true and correct copy of my public comments, beginning at the 34:00 mark at https://www.youtube.com/watch?v=m1wGVf65ZoE.

59. The next day, April 15, 2026, I emailed each of the seven City Council members individually with the same request, offering to meet "to discuss a positive way forward, as opposed to litigation." Attached to this declaration as Exhibit G is a true and correct copy of my April 15, 2026 emails to the City Council members.

60. None of the Council members responded substantively to my outreach: One Council member responded that I needed to arrange a meeting with the City's attorney and that the Council members had been directed not to speak with me.

61. On April 27, 2026, I emailed an attorney in the City's legal department and every City Council member offering to meet with them as a citizen, without my counsel present. On April 28, 2026, my counsel confirmed by email that there were no objections to my speaking with the City Council members directly. Attached to this declaration as Exhibit H are true and correct copies of my April 27, 2026 email and my counsel's April 28, 2026 email.

62. No one from the City responded to my offer to meet.

63. On May 19, 2026, during the City Council's budget meeting, after learning there was a budget surplus, I addressed the City Council and asked it to appropriate a small amount of the surplus to fund banners to celebrate Easter and Passover and a menorah for the Peace Park, similar to how the City currently celebrates, and in the past has celebrated, Ramadan. No one responded.

64. On May 19, 2026, during the City Council's regular meeting, I again entreated the City Council to direct a portion of the budget surplus to fund displays to recognize on equal footing Christian or Jewish holy days. Again, no one responded. The YouTube video of the May 19, 2026 City Council meeting represents

a true and correct copy of my public comments, beginning at the 1:02:00 mark, available at*:* https://youtu.be/0yi1VmEVPC0?t=3716

65. On or about May 20, 2026, the City Council passed the City's annual budget without allocating any funds for Easter or Passover banners or displays, for any other Christian or Jewish religious observance, or for any religious display related to the Christian or Jewish faiths. A true and correct copy of the budget packet is available at https://dearborn.gov/sites/default/files/2026-05/FY2027%20Budget%20Adoption%20Packet.pdf.

66. Upon information and belief, since a federal judge ordered Dearborn to remove a nativity display in 1984, the City has never commissioned or displayed any standalone religious displays recognizing the Christian or Jewish faiths or their holy days.

67. Upon information and belief, since the mid-1980s, the City's seasonal winter holiday display, which runs from around Thanksgiving until after the new year, consists of wholly or mainly secular decorations. In fact, the City Council's Resolution to fund the holiday decorations—unanimously approved by City Council—expressly calls the contract an award "for Holiday Lighting Installation and Maintenance." *See* Exhibit I at 78. Attached to this declaration as Exhibit I is a true and correct copy of the September 22, 2026 City Council Resolution.

68. Further, the Executive Summary and Memorandum sent to City Council "via" Mayor Hammoud justified the funding request by stating: "The City of Dearborn seeks holiday lighting displays to create a festive and welcoming atmosphere for residents, visitors, and businesses during the holiday season." *See* Exhibit J at 81. Attached to this declaration as Exhibit J is a true and correct copy of the Executive Summary and Memorandum, dated September 9, 2026. There was no mention of celebrating the birth of Jesus Christ in either the Executive Summary and Memorandum or the City Council Resolution, nor was there any mention of celebrating any other Christian or Jewish holy day, or the Christian or Jewish faiths.

69. I have never seen on Dearborn City property a standalone religious display celebrating any holy day, other than Ramadan, or celebrating any faith, other than Islam.

70. Upon information and belief, Defendants intend to continue their promotion of Islam and Ramadan as a religious holy day into the future. The Mayor has publicly proclaimed that the City's Ramadan program "reflects who we are as a city;" the City expanded its Ramadan displays in 2026 after receiving my requests for equal treatment; City officials have looked to purchase additional crescent moon displays, *see* Exhibit C at 21; and the City has refused every request to recognize Christian and Jewish holy days on equal footing.

71. Ramadan 2027 is expected to begin on or about February 8, 2027. I live in Dearborn and regularly travel through downtown Dearborn and at times visit the City's Peace Park. Absent an order from this Court, I will again be forced to fund the City's promotion of the Mayor's preferred faith and confronted in my own community with the City's official promotion of Islam, and the City's message that I, as a Catholic, am an outsider, and that those of the Jewish faith are not welcome.

72. Absent an order from this Court, my tax dollars will again be spent to celebrate and promote Islam, while the City continues to deny comparable recognition to the holy days of my faith and those of my Jewish neighbors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 25th day of November 2026.

Margot J. Cleveland

Margot J. Cleveland

# EXHIBIT A

Gmail

Margot Cleveland <margotcleveland@gmail.com>

## Confirmation of viewpoint neutrality

**Margot Cleveland** <margotcleveland@gmail.com> Sun, Apr 6, 2025 at 6:22 PM
To: "Romer, Jeremy" <jromer@dearborn.gov>, "Romer, Jeremy" <jromer@ci.dearborn.mi.us>

Dear Jeremy,

As a resident of Dearborn, I was heartened to see the City willing to publicly recognize its citizens' celebration of religious holidays, as I believe the Supreme Court's establishment clause jurisprudence of the last several decades is misplaced and that the true standard should be whether the government is treating religions equally.

I write, then, to confirm that Dearborn will be displaying a sign declaring Happy Easter with a cross and with a cross placed also in the park (and not the pagan bunny), as well as a Happy Passover with the Jewish star both on the signs and in the public park.

I look forward to your reply as I much prefer to ensure equality of faith traditions, as opposed to a challenge to the display.
Respectfully,
Margot Cleveland





# EXHIBIT B

Gmail

Margot Cleveland <margotcleveland@gmail.com>

## Foia request

**Margot Cleveland** <margotcleveland@gmail.com> Wed, Apr 9, 2025 at 5:20 PM
To: FOIA submissions <foia@dearborn.gov>

Dear FOIA Coordinator:

Below is my request under the provisions of the Michigan Freedom of Information Act, Mich. Comp. Laws §§ 15.231 *et seq*., as amended, of copies of the following described records in the possession of the City of Dearborn ("City") and its officials, employees, and/or agents:

A copy of all documents or writings, including, but not limited to, emails, text messages, correspondence, and/or other documents/writings between/among any official, employee, or agent of the City of Dearborn related to/and or regarding the following subjects:

1) The decision to display the Ramadan Kareem banners on City property;
2) The decision to display a crescent moon in celebration of Ramadan in a City park;
3) The purchase of the banners and the crescent moon display;
4) Any directive/communication to City employees, contractors, or agents to place the banners and/or crescent moon on City property;
5) Any third-parties involved in the decision(s) or sponsorship(s) of the displays (i.e., the banners and/or crescent moon).

Please note that the Michigan Freedom of Information Act defines "writing" as follows:

handwriting, typewriting, printing, photostating, photographing, photocopying, and every other means of recording, and includes letters, words, pictures, sounds, or symbols, or combinations thereof, and papers, maps, magnetic or paper tapes, photographic film or prints, microfilm, microfiche, magnetic or punched cards, discs, drums, or other means of recording or retaining meaningful content.

I would also prefer to receive the documents electronically, if possible. You may send them to me at margotcleveland@gmail.com.

If you have any questions, please feel free to contact me directly at 219.205.0184.

Thanks much!

Margot Cleveland

525 Mohawk St.

Dearborn, MI 48124

Gmail

Margot Cleveland <margotcleveland@gmail.com>

# FOIA request

**Margot Cleveland** <margotcleveland@gmail.com> Tue, May 13, 2025 at 11:59 AM
To: FOIA submissions <foia@dearborn.gov>

Please provide any communications, invoices, memorandum, documents, photographs, invitation lists, electronic or otherwise, including emails, from 1/1/2025 to present related to:

1. Dearborn Police Ramadan Shirt
2. Dearborn Fire Department Shirt
3. Ann L. Mason (Erbil) or with her email MasonAL@state.gov
4. The March 12, 2025 Community Iftar

Thank you,
Margot Cleveland
525 Mohawk St.
Dearborn, MI 48124

# EXHIBIT C

Outlook

## Foia request

**From** Margot Cleveland <margotcleveland@gmail.com>
**Date** Wed 4/9/2025 5:20 PM
**To** FOIA submissions <foia@dearborn.gov>

Dear FOIA Coordinator:

Below is my request under the provisions of the Michigan Freedom of Information Act, Mich. Comp. Laws §§ 15.231 *et seq*., as amended, of copies of the following described records in the possession of the City of Dearborn ("City") and its officials, employees, and/or agents:

A copy of all documents or writings, including, but not limited to, emails, text messages, correspondence, and/or other documents/writings between/among any official, employee, or agent of the City of Dearborn related to/and or regarding the following subjects:

1) The decision to display the Ramadan Kareem banners on City property;
2) The decision to display a crescent moon in celebration of Ramadan in a City park;
3) The purchase of the banners and the crescent moon display;
4) Any directive/communication to City employees, contractors, or agents to place the banners and/or crescent moon on City property;
5) Any third-parties involved in the decision(s) or sponsorship(s) of the displays (i.e., the banners and/or crescent moon).

Please note that the Michigan Freedom of Information Act defines "writing" as follows:

handwriting, typewriting, printing, photostating, photographing, photocopying, and every other means of recording, and includes letters, words, pictures, sounds, or symbols, or combinations thereof, and papers, maps, magnetic or paper tapes, photographic film or prints, microfilm, microfiche, magnetic or punched cards, discs, drums, or other means of recording or retaining meaningful content.

I would also prefer to receive the documents electronically, if possible. You may send them to me at margotcleveland@gmail.com.

If you have any questions, please feel free to contact me directly at 219.205.0184.

Thanks much!

Margot Cleveland

525 Mohawk St.

Dearborn, MI 48124

# BANNERS

Outlook

**Re: Approval needed City of Dearborn 25394546**

**From** Laura Aceves-Sanchez <lsanchez@dearborn.gov>
**Date** Mon 2/10/2025 2:51 PM
**To** Casey Fisher <CFisher@britteninc.com>

4 attachments (3 MB)
File D 18x36 (1).pdf; File E 18x33 (1).pdf; File F 18x33 (1).pdf; File C 18x36 (1).pdf;

Hi Casey,

File A and B are approved. I am also reattaching Files C, D, E and F for adjusting. Please let me know if you need anything else.

Thanks!

**Laura Aceves-Sanchez**

Economic Vitality Manager | City of Dearborn

16901 Michigan Ave, Dearborn, MI 48126

Work Cell: 313-407-9369

lsanchez@dearborn.gov | www.dearborn.gov

DEARBORN ECONOMIC DEVELOPMENT

On Mon, Feb 10, 2025 at 1:13 PM Casey Fisher <CFisher@britteninc.com> wrote:

> Sorry last proof attached!
>
> BRITTEN
>
> CASEY FISHER
> PROJECT MANAGER

W: 231.346.8782
BRITTENINC.COM

**BUILDING UP BRANDS, PEOPLE, AND COMMUNITIES.**

---

**From:** Casey Fisher <CFisher@britteninc.com>
**Sent:** Monday, February 10, 2025 12:36 PM
**To:** Laura Aceves-Sanchez <lsanchez@dearborn.gov>
**Cc:** Mark Riedel <MRiedel@britteninc.com>
**Subject:** Approval needed City of Dearborn 25394546

Hello Laura,

Please review and respond to the attached PDF proof of your project as well as the project overview details below.

If changes are needed, please reply to this email with the required changes. We will make the corrections and resend to you for approval.

If approved per the information below and proofs attached, please reply to this email with your approval and Britten will move this project to production immediately.

| **Shipping Address** | **Billing Address** |
|---|---|
| City of Dearborn | City of Dearborn |
| Laura Aceves-Sanchez | 16901 Michigan Avenue |
| 16901 Michigan Ave | Dearborn, Michigan 48126 |
| Dearborn, MI 48126-2899 | United States |

| Number | Name | Description | Quantity | Sell Price |
|---|---|---|---|---|
| 25394546-001 | File A - 55 banners, 18x33 | 18oz Block Out Double Sided Vinyl (DSBO) Double Sided, Size: 33" x 18", Fabrication: Pole Pockets- 2.5" Top, 2.5" Bottom, #2 Grommets Both Sides Above and Below Pocket | 55 | 1512.5 |
| 25394546-002 | File C & D 18x36 | 18oz Block Out Double Sided Vinyl (DSBO) Double Sided, Size: 36" x 18", Fabrication: Pole Pockets- 2.5" Top, 2.5" Bottom, #2 Grommets Both Sides Above and Below Pocket | 10 | 275 |
| 25394546- | File B 18x36 | 18oz Block Out Double Sided Vinyl (DSBO) Double Sided, Size: | 10 | 275 |

| | | | | |
|---|---|---|---|---|
| 003 | | 36" x 18", Fabrication: Pole Pockets- 2.5" Top, 2.5" Bottom, #2 Grommets Both Sides Above and Below Pocket | | |
| 25394546-004 | File E & F 18x33 | 18oz Block Out Double Sided Vinyl (DSBO) Double Sided, Size: 33" x 18", Fabrication: Pole Pockets- 2.5" Top, 2.5" Bottom, #2 Grommets Both Sides Above and Below Pocket | 10 | 275 |

The attached sketches are distributed to clarify the items below:

1. Are we printing the correct artwork?

2. Is the layout correct?

3. Verification of bleed area and overall fabrication of the final display (stitch lines, pole pockets, grommets, etc.)

4. PMS and/or CMYK specified colors

5. Details related to the resolution of the supplied files in relation to final print quality

These are low resolution proofs for email transmission only and are not indicative of the final print quality.

We can now directly email your invoice(s). If you would like your invoice emailed, please let your sales rep know what email address you would like us to use.

Thank you.

Casey Fisher

Your approval, whether by written or verbal authorization to start work, agreeing to make payment, making payment, or by otherwise manifesting your assent, creates a contract between you and Britten.

The complete terms and conditions of this contract between you and Britten (the “Agreement”) can be found at our website at http://www.britteninc.com/terms.

By approving this work, you acknowledge that you have read the Agreement and agree to be bound by its terms.

BRITTEN

CASEY FISHER
PROJECT MANAGER
W: 231.346.8782
BRITTENINC.COM

**BUILDING UP BRANDS, PEOPLE, AND COMMUNITIES.**


RAMADAN
KAREEM
DOWNTOWN
DEARBORN


رمضان كريم
مدينة
ديربورن


RAMADAN
KAREEM
DOWNTOWN
DEARBORN


رمضان كريم
مدينة
ديربورن

# CRESCENT MOON IN PARK

Outlook

## Re: Light Questions

**From** Deena Berri <dberri@dearborn.gov>
**Date** Fri 2/28/2025 4:39 PM
**To** Dave Vance <dave@santaslightcrew.com>

Excellent! Thank you very much!

**Deena Berri**

Business District Liaison, Business Services Division| Economic Development | City of Dearborn

16901 Michigan Ave, Dearborn, MI 48126

Cell: 313-407-9823

dberri@dearborn.gov | www.cityofdearborn.org

DEARBORN ECONOMIC DEVELOPMENT

On Fri, Feb 28, 2025 at 4:36 PM Dave Vance <dave@santaslightcrew.com> wrote:

> Yes, we can do that.
>
> Sent from my iPad
>
> On Feb 28, 2025, at 3:54 PM, Deena Berri <dberri@dearborn.gov> wrote:
>
> Hello Dave,
>
> The Crescent Moon is beautiful. Would it be possible to have it relocated to the center of the stage?
>
> **Deena Berri**
>
> Business District Liaison, Business Services Division| Economic Development | City of Dearborn

16901 Michigan Ave, Dearborn, MI 48126

Cell: 313-407-9823

dberri@dearborn.gov | www.cityofdearborn.org

DEARBORN ECONOMIC DEVELOPMENT

On Fri, Feb 28, 2025 at 3:49 PM Dave Vance <dave@santaslightcrew.com> wrote:

Hi Laura,

Glad you like the Crescent Moon. I know the dimensions were on the picture, but it's certainly bigger in real life. Yes, we can move it. Where would you like it?

I'll be doing a drive-thru all locations tomorrow night to check all lights are On. I know we've fixed OSP a couple times. I think because it's a bigger location with fewer power spots. We'll do the fixes Sunday/Monday.

Sent from my iPad

On Feb 28, 2025, at 2:53 PM, Laura Aceves-Sanchez <lsanchez@dearborn.gov> wrote:

Hi Dave,

A couple of things:

1) The crescent moon in the park looks incredibly beautiful. I know that the setup must have taken a while but is there a chance that this could be relocated elsewhere in the park in a location that is not impeding a pathway? We have gotten a couple of concerns that this is not ADA accessible.

2) We have gotten more complaints from building owners - OSP Building, Le Cigar, and Biergarten for starters- that their curtain lights are not working. I am unsure of why. I know I had asked you to visit a couple of locations earlier this year - were you able to go and determine what was happening or how you can address this moving forward? Ramadan just started and we would hope the light would be back up and running.

Thank you,

**Laura Aceves-Sanchez**

Economic Vitality Manager | City of Dearborn

16901 Michigan Ave, Dearborn, MI 48126

Work Cell: 313-407-9369

lsanchez@dearborn.gov | www.dearborn.gov

DEARBORN
ECONOMIC
DEVELOPMENT

Outlook

## Invoice for Crescent Moon

**From** Dave Vance <dave@santaslightcrew.com>
**Date** Mon 3/17/2025 8:45 AM
**To** Laura Aceves-Sanchez <lsanchez@dearborn.gov>

1 attachment (65 KB)
Invoice 2024-170E W. Dearborn Peace Park Moon.pdf;

Hello Laura,

Please see attached Invoice for the Crescent Moon Photo Hotspot in the Peace Park.

PLEASE NOTE: While I am very pleased with the Moon that was finally delivered (I think it looks fantastic), dealing with the Vendor was not pleasant. They had issues with their supplier (a European Manufacturer) and actually had to make the Moon at their factory in the US last minute. While I respect their effort in fulfillings their obligation, their communications were non-existent and caused a lot of stress. The Moon was supposed to be delivered to me early February. It did not arrive until February 27. I have found another Supplier in the US that can make similar Decor and is much more reliable (they are the Supplier that made the Snowflake Pole Mounts). However, it will be a Custom Job and will require a long lead time to Order. Please, if you foresee wanting more Crescent Moon Photo Hotspots for the other Peace Parks, give me as much notification as possible. Especially, if you would like them installed for the Christmas Holiday Season.

Also, I ordered a "Sample" of the Crescent Moon & Star Boulevard Pole Mount so I can show you a real version (instead of a drawing). It is from the same Supplier as the Snowflakes. It will be delivered this week. I'll let you know when it's in so I can show you. This would be for next year if you want to swap the Snowflakes for Crescent Moons for Ramadan.

In Peace,

Dave



**David Vance**
Owner
Santa's Light Crew
Santaslightcrew.com

**From:** Laura Aceves-Sanchez <lsanchez@dearborn.gov>
**Sent:** Thursday, March 20, 2025 9:30 AM
**To:** Dave Vance <dave@santaslightcrew.com>
**Subject:** Re: Invoice for Crescent Moon

Thank you, Dave! This is very helpful for our future planning purposes . I'll keep you in the loop with any decisions we start to make.

**Laura Aceves-Sanchez**
Economic Vitality Manager | City of Dearborn
16901 Michigan Ave, Dearborn, MI 48126
Work Cell: 313-407-9369
lsanchez@dearborn.gov | www.dearborn.gov
DEARBORN ECONOMIC DEVELOPMENT

On Wed, Mar 19, 2025 at 7:39 AM Dave Vance <dave@santaslightcrew.com> wrote:

Hello Laura,

Just an FYI for your future budgeting plans. I received the Quote for additional "Crescent Moon" Photo Hotspots from my other supplier. They are pricing at $13,000 each for additional Crescent Moon (I told them I could potentially need two in the future). They also warned that, due to Tariffs, the price is only guaranteed until March 31, 2025. After that, they expect the price to increase by 20% (depending on Tariffs).

I realize this is a large increase over the original Crescent Moon (over twice the price). As I mentioned, my original supplier warned me that since they had to manufacture the Moon in the US (vs their partner in Europe) that the price would be significantly higher in the future also.

The Crescent Moon & Star Boulevard Pole Mount will be delivered on Friday. I will send you a picture when I get it.

In Peace,

Dave



**David Vance**
Owner
Santa's Light Crew

Santaslightcrew.com

517-861-1563

My Digital Business Card

---

**From:** Dave Vance
**Sent:** Monday, March 17, 2025 8:45 AM
**To:** Laura Aceves-Sanchez <lsanchez@dearborn.gov>
**Subject:** Invoice for Crescent Moon

Hello Laura,

Please see attached Invoice for the Crescent Moon Photo Hotspot in the Peace Park.

PLEASE NOTE: While I am very pleased with the Moon that was finally delivered (I think it looks fantastic), dealing with the Vendor was not pleasant. They had issues with their supplier (a European Manufacturer) and actually had to make the Moon at their factory in the US last minute. While I respect their effort in fulfillings their obligation, their communications were non-existent and caused a lot of stress. The Moon was supposed to be delivered to me early February. It did not arrive until February 27. I have found another Supplier in the US that can make similar Decor and is much more reliable (they are the Supplier that made the Snowflake Pole Mounts). However, it will be a Custom Job and will require a long lead time to Order. Please, if you foresee wanting more Crescent Moon Photo Hotspots for the other Peace Parks, give me as much notification as possible. Especially, if you would like them installed for the Christmas Holiday Season.

Also, I ordered a "Sample" of the Crescent Moon & Star Boulevard Pole Mount so I can show you a real version (instead of a drawing). It is from the same Supplier as the Snowflakes. It will be delivered this week. I'll let you know when it's in so I can show you. This would be for next year if you want to swap the Snowflakes for Crescent Moons for Ramadan.

In Peace,

Dave



**David Vance**

Owner
Santa's Light Crew

Santaslightcrew.com

517-861-1563

My Digital Business Card

**FROM:** **INVOICE 2024-170E**

***Santa's Light Crew, LLC***
1861 Hidden Meadow Dr.
Howell, MI 48855
517-861-1563

**TO:**
City of Dearborn
16901 Michigan Ave.
Dearborn, MI 48126
Attn: Laura Aceves-Sanchez

**West Dearborn Peace Park 1 (W. Village Dr):**

| | | |
|---|---|---|
| 1. | "Crescent Moon" Photo Spot (14.8'hX17.4'wX6.6'd) | $6,150 |
| | Total: | $6,150 |

Prices include Lease, Installation, Maintenance and Removal of all Lights, Cords, Clips, Timers.

Thank You,

Dave
Santa's Light Crew, LLC
517-861-1563

Outlook

## Invoice

**From** Laura Aceves-Sanchez <lsanchez@dearborn.gov>
**Date** Wed 4/9/2025 9:05 AM
**To** Account Payable Email Account <dbnpayables@dearborn.gov>

1 attachment (73 KB)
PAID Invoice 2024-170E W. Dearborn Peace Park Moon.pdf;

please see attached

**Laura Aceves-Sanchez**

Economic Vitality Manager | City of Dearborn

16901 Michigan Ave, Dearborn, MI 48126

Work Cell: 313-407-9369

lsanchez@dearborn.gov | www.dearborn.gov

DEARBORN ECONOMIC DEVELOPMENT

# CRESCENT MOON FOR LIGHT POLES

Outlook

## Re: Invoice for Crescent Moon

**From** Dave Vance <dave@santaslightcrew.com>
**Date** Fri 3/21/2025 1:49 PM
**To** Laura Aceves-Sanchez <lsanchez@dearborn.gov>

1 attachment (2 MB)
Crescent Moon Pole Mount.JPG;

Hello Laura,

The sample Crescent Moon & Star Pole Mount came arrived. Please see attached picture.

They measure 4' Tall x 4'2" wide. We used all Cool White Bulbs, but color can be changed to any that you like. Cost is probably about $550 for first year Lease depending on quantity, shipping and Tariffs. They are manufactured in the U.S., so I don't know if Tariffs will affect price too much (the lights do come from overseas plus I'm not sure how Tariffs will affect the cost of the steel frame).

They would be a Custom Order, so ordering early is highly advised (especially if you want to mix them in and install them for the Christmas Holiday Season).

Have a great weekend.

In Peace,

Dave



**David Vance**
Owner
Santa's Light Crew
Santaslightcrew.com
517-861-1563
My Digital Business Card



# IFTAR

# CITY OF DEARBORN

**Purchasing Division**
**16901 Michigan Avenue, Suite 2**
**Dearborn, MI 48126**
**(313) 943-2375**

**PURCHASE ORDER**
**P.O. # 112971**
**DATE: 5/21/2025**

**CONTACT:** HASSAN BAZZOUN
**VENDOR** ARTISTIC ELEMENT DESIGN GROUP
**ADDRESS:** 30955 FORD RD
GARDEN CITY, MI 48135

**SHIP TO:** City of Dearborn
MAYOR'S OFFICE
16901 MICHIGAN AVENUE
SUITE 20
DEARBORN, MI 48126-2967

**DELIVERY BY:** 04/17/2025

***The P.O. # MUST Appear on ALL Invoices, Packages and Correspondence***

| PAYMENT TERMS | COUNCIL RESOLUTION | FOB | AUTHORIZED BY |
|---|---|---|---|
| | | | ROSETTE FISHER |

| ITEM # | QUANTITY/ UNIT | DESCRIPTION PART NUMBER | UNIT COST | EXTENDED COST |
|---|---|---|---|---|
| 1 | 360.00/ NA | SIGNAGE/ PRINTING- MAYOR'S IFTAR DINNER | 1.0000 | 360.00 |

CONTACT REGAN WEBSTER AT 313.943.4622 WITH ANY
QUESTIONS REGARDING THIS PO

**The City's preferred payment method is ACH transfer. Contact Accounts Payable at: ap@ci.dearborn.mi.us to signup for this service.**

| **TOTAL AMOUNT** | **$360.00** |
|---|---|

**Send Original Invoice to:**
**ap@ci.dearborn.mi.us OR Mail to:**
**DEARBORN ADMINISTRATIVE CENTER**
**ACCOUNTS PAYABLE**
**16901 MICHIGAN AVENUE, SUITE 2**
**DEARBORN, MI 48126-2899**
**MI TAX EXEMPT I.D. 38-6004605**

Mark Rozinsky, Purchasing Manager


ديربورن
WELCOME TO MAYOR
ABDULLAH H. HAMMOUD'S
Community Iftar




**2025-03-12 Mayor Abdullah Hammoud Iftar Dinner Flyer.png**
667K

Outlook

## Re: Mayor Abdullah H. Hammoud Iftar Dinner Invitation

**From** hussein hak <ghhu1966@gmail.com>
**Date** Fri 2/28/2025 11:51 AM
**To** Dearborn Mayor <mayor@dearborn.gov>

Ramadan kareem ,
thank you very much and may god bless you and keep you well and empowered.
Unfortunately , I will be out of the country on that Date. otherwise I would love to be there .
have a blessed Ramadan , inshallah all the success.

On Thu, Feb 27, 2025 at 10:40 AM Dearborn Mayor <mayor@dearborn.gov> wrote:

> Salaam,
>
> I hope this message finds you in good health.
>
> As we welcome the holy month of Ramadan, I would like to extend a personal invitation for you to join my family and me for Iftar.
>
> **Date:** Wednesday, March 12, 2025
> **Time:** 7:30 PM
> **Location:** Byblos Banquet Hall, 7258 Chase Road, Dearborn, MI 48126
>
> Please RSVP using the following link: https://forms.gle/g8xRVZWJjaeDwmcq8


رمضان كريم
DEARBORN MAYOR
ABDULLAH H. HAMMOUD
INVITES YOU TO A
Community Iftar
WEDNESDAY
MARCH 12, 2025
7:30 PM
BYBLOS BANQUETS
7258 CHASE ROAD
PLEASE RSVP BY MARCH 7TH
INVITATION IS NON-TRANSFERABLE

# POLICE SHIRTS

Outlook

**Re: Dearborn Police Ramadan Shirt**

**From** Issa Shahin <ishahin@dearborn.gov>
**Date** Thu 2/6/2025 2:27 PM
**To** James Wade III <jwade@dearborn.gov>
**Cc** Mohamed Qasim <mqasim@dearborn.gov>

Mo,

What do you think Mo?

**Chief of Police Issa Shahin**
**Dearborn Police Department** | 16099 Michigan Ave | Dearborn, MI
**Direct:** 313.943.2236 | **Dispatch:** 313.943.2201 | **Fax:** 313.943.2128
ishahin@ci.dearborn.mi.us | cityofdearborn.org
Follow us on Facebook @dearbornpd and Twitter @DearbornPolice

On Thu, Feb 6, 2025 at 2:19 PM James Wade III <jwade@dearborn.gov> wrote:

> I made a few adjustments to the design and I had Fatima El-Zein help me with the arabic writing so it was spelled correctly.
>
> Idea would be the attached badge on the front in silver with 1929 as the badge number with the crescent moon behind it with Ramadan Mubarak around it similar to the FD logo.
>
> On the back:
> ديربورن - Dearborn in gold at the top arch / circle
>
> دائرة الشرطة - Police Department in white at the bottom arch / circle
>
> شركاء المجتمع منذ عام ١٩٢٩ - community partners since 1929 in the center in white smaller font to off set from the Dearborn Police Department font.

***Sergeant James Wade #521***
Administrative Division
Dearborn Police Department
16099 Michigan Ave
Dearborn, MI 48126
313-943-2828 – Desk
Jwade@dearborn.gov

Outlook

## Re: Dearborn Police Ramadan Shirt

**From** James Wade III <jwade@dearborn.gov>
**Date** Fri 2/7/2025 11:21 AM
**To** Moe Qasim <mqasim@dearborn.gov>
**Cc** Shahin, Issa <ishahin@dearborn.gov>; Bartok, Daniel <dbartok@dearborn.gov>

1 attachment (1 MB)
Police Officer's Charity-Vector.eps;

Moe,

Here is the only vector file I have of the badge. It is the old charity logo so you will have to update it if you have a program for it. If not I can send the concept we came up with yesterday to the shirt place and they can get us a mockup back and costs.

Thanks,

James

***Sergeant James Wade #521***
Administrative Division
Dearborn Police Department
16099 Michigan Ave
Dearborn, MI 48126
313-943-2828 – Desk
Jwade@dearborn.gov

On Thu, Feb 6, 2025 at 6:38 PM James Wade III <jwade@dearborn.gov> wrote:

> The plan was to use this badge. I will check to see if I have it in vector format. I might now have this exact badge but I might have a different version from the charity logo in vector. I'll let you know asap. Thank you for the help.
>
> James
>
> Sergeant James Wade
> Administrative Division
> Dearborn Police Department
> 16099 Michigan Ave

--

**Moe Qasim**
Business Liaison
Department of Economic Development

Website & Design Strategist
Department of Communications

City of Dearborn
16901 Michigan Ave., Dearborn, MI 48126

Office: (313) 943-5444 • Cell: (313) 407-9788
mqasim@dearborn.gov | www.dearborn.gov

# Dearborn Police Officers

# CHARITIES

"Help Us Help OTHERS"

Outlook

## Re: Please review the attached script

**From** Paula Rivera <privera@dearborn.gov>
**Date** Wed 2/26/2025 11:24 AM
**To** Patricia Maurier <pmaurier@dearborn.gov>

1 attachment (13 KB)
pd ramadan shirt (1)_pr edits.docx;

Here are my suggestions.

On Wed, Feb 26, 2025 at 11:11 AM Patricia Maurier <pmaurier@dearborn.gov> wrote:

> Patricia Johnson-Maurier
> Communications - CDTV  Broadcast Media Manager
> Office: 313-943-3075 Mobile: 313-418-8803
> cityofdearborn.org
>
> COMMUNICATIONS
>
> Watch CDTV here
>
> YouTube

This year the Dearborn Police Department is sponsoring a special shirt sale in honor of the holy month of Ramadan. -Right now, for only 20 dollars residents you can purchase a custom Dearborn Police Ramadan shirt (long or short?) by stopping by the front desk of the Dearborn Police Station, 16099 Michigan Ave.

The shirts are available in adult sizes small to 2 xl. A and all proceeds will benefit the Blue Hands United Charity, that works on many programs to bring hope and awareness to autism.

C Get this unique shirt for everyone in your family and commemorate the 2025 Ramadan month with the purchase of this special, limited time shirt, and help support a great cause.

Outlook

## Dearborn Police Ramadan shirt

**From** James Wade III <jwade@dearborn.gov>
**Date** Mon 2/10/2025 10:20 AM
**To** michelle@graphicwear.com <michelle@graphicwear.com>

1 attachment (512 KB)
PD Ramadan Mubarak.pdf;

Good morning,

Please see the attached design for the shirt. I apologize for the delay we just needed to make sure we had the writing correct on the shirt. We are looking to order 500 shirts in black with the following sizes of S/M/L/XL/2XL.

Thank you very much,

James
***Sergeant James Wade #521***
Administrative Division
Dearborn Police Department
16099 Michigan Ave
Dearborn, MI 48126
313-943-2828 – Desk
Jwade@dearborn.gov


Ramadan Kareem
POLICE
رمضان كريم
TUEBOR
STATE OF MICHIGAN
DEARBORN

شرطة

ديربورن

بخدمة الجالية منذ عام ١٩٢٩


Ramadan Kareem
POLICE
رمضان كريم
DEARBORN
شرطة
ديربورن
بخدمة الجالية منذ عام ١٩٢٩

# EXHIBIT D

WARREN BUSINESS DISTRICT IMPROVEMENT AUTHORITY

DEARBORN ECONOMIC DEVELOPMENT

CITY OF DEARBORN | ABDULLAH H. HAMMOUD, MAYOR

# Warren Business District Improvement Authority

**Meeting Minutes** D.A.C. - Council Chambers
September 23, 2025; 09:00 am EST 16901 Michigan Ave, Dearborn, MI 48126

MEMBERS PRESENT: Chair Ahmad Chebbani, Director Lucius Anthony, Director Ahmad Alhasan, Vice Chair Frank Dabaja, Director Julie MayWarthman and Mayor Abdullah Hammoud

MEMBERS ABSENT: Director Muaath Ghazali, Director Ali Alhashemi and Secretary-Treasurer Haider Koussan.

NON-MEMBERS PRESENT: Jordan Twardy, (ED), Mohammed Rezq (ED), Linda Chibli (ED), Laura Aceves - Sanchez (ED), Rebecca Schultz (Legal) and Courtney Skora (Finance).

1. **CALL TO ORDER**

   Chair Ahmad Chebbani called the meeting to order at 9.06 am.

2. **ROLL CALL**

   Roll call was called and quorum was present.

3. **APPROVAL OF THE REGULAR MEETING MINUTES, JUNE 24, 2025**

   Chair Ahmad Chebbani made a motion to approve the Meeting minutes of June 24, 2025. He was seconded by the Vice-Chair Frank Dabaja .Motion passed unanimously. Motion approved.

4. **REVIEW & FILING OF TREASURER'S REPORT**

   Courtney Skora presented the monthly financial statement for the months of June, July and August 2025.Chair Ahmad Chebbani acknowledged to receive and file the financial statements.

5. **ACTION ITEMS**

   *a.* **Resolution W-25-09-01:**

   A resolution was introduced for the approval of the Holiday Light Decoration Contract.The Warren Business District Development Authority (WBDIA) recognizes the value of enhancing public spaces and community aesthetics through improved lighting.Through an RFP process, 7 proposals were received from companies to provide lighting.design and installation services to the (WBDIA) and East and West DDDAs. The RFP Evaluation Team recommends the award of a contract to Light Up Columbus to provide holiday lighting installation and maintenance for streetscape holiday decorations along the Warren Ave

corridor and West Downtown, East Downtown. The WBDIA has budgeted up to $80,000 for the installation of holiday light decoration. The WBDIA approved entering into a contract with Light Up Columbus for district lighting design and installation services in an amount not to exceed $80,000 from account "Ramadan Lighting & Holiday Decoration".The WBDIA authorized the Director of the Economic Development Department to execute necessary contracts with Light up Columbus subject to the review and approval of Corporation Counsel.The WBDIA authorized WBDIA staff to determine the final streetscape lighting design for the Warren corridor.

A motion for this resolution was made by Director Frank Dabaja and seconded by Director Julie May Warthman. Motion passed unanimously. Motion approved.

## 6. ECONOMIC DEVELOPMENT DEPARTMENT REPORT

b. General Update

Program Manager Mohammed Rezq updated the board on the Facade Improvement program. He reported that Nadia's Pharmacy, the first project, was completed with a successful ribbon-cutting ceremony on September 11, 2025. The board members praised the project's success. A discussion followed about ensuring future designs incorporate Arabic aesthetic and cultural elements to make the district unique and reflect the community.

Program Manager Mohammed Rezq also provided an update about the status of other ongoing projects He noted that Al-Ameer Restaurant is at 75% completion. Cedarland Bakery is approximately 70% complete.Hamza Pharmacy: Construction has not yet begun, but is expected to take no more than three weeks once started. The next phase of projects is planned to begin in October.

Program Manager Mohammed Rezq provided an update on the Warren Transformation project, noting that the second public meeting took place on September 9, 2025. During the meeting, OHM Advisors provided a project update, presented design alternatives, and gathered feedback from a wide range of stakeholders in attendance. Economic Development Director Jordan Twardy also discussed the general timeline and next steps for the project, including a final design proposal by the end of the year and construction possibly starting as early as late 2026.

Program Manager Mohammed Rezq updated the board on the Warren Mural project. The project is moving forward and will be presented to the Zoning Board of Appeals in October. Rezq noted that the structure is currently in the design phase, and once completed, it will be put out for bids for construction.

Program Manager Mohammed Rezq reported on the recent tour hosted by the Economic Development Department for the International Economic Development Council (IEDC). As a conference sponsor, the City of Dearborn hosted a tour on September 15, 2025, for 25 economic development professionals from out-of-state. The tour showcased four businesses within the Warren commercial corridor: Greenland Supermarket, Al-Ameer Restaurant,

Shatila Bakery, and Haraz Headquarters. The visitors were highly impressed with the city's small businesses and overall vitality.

Business Liaison Lind Chibli provided a summary of her business visits and feedback from business owners on the facade improvement program.

Additionally, the following updates on business openings and permits were shared:

- 10619 W. Warren: A new Certificate of Occupancy (CFO) was issued to a new business, Tablet Solution Detroit Inc.
- 10218 W. Warren: A new cell phone store has opened at this location, which was formerly the Blue Bird Travel Agency. The liaison is currently assisting the owner in obtaining a re-CFO and ensuring zoning compliance.
- Ata Plaza: The property owner has requested assistance to address incomplete asphalt work in the parking lot. The liaison has been helping to coordinate with the engineering department to complete the project.

**7. CITY UPDATE**

Mayor Abdullah Hammoud provided an overview of recent city-wide developments. The Dix-Vernor corridor is undergoing a transformation with the construction of a new market and the planned launch of a facade improvement program, which will be modeled on the successful Warren Avenue initiative. In other developments, the Peace Park South project is nearing completion and will introduce several new recreational features, including a basketball court, two pickleball courts, and a soccer field. New businesses and construction are also underway in both the Michigan Avenue East and West corridors. A staffing update for the Economic Development Department was also given, announcing the departure of Deputy Director Angela Fortino.

**8. CALL TO BOARD OF DIRECTORS**
None at this time

**9. CALL TO AUDIENCE** (3 minutes/guest)
None at this time

**10. ADJOURNMENT**
A motion to adjourn the meeting was made by Mayor Abdullah Hammoud and was seconded by Chair Ahmad Chebbani. A voice vote was passed unanimously. Motion was approved and the meeting was adjourned.

# EXHIBIT E

Washington, D.C. Offices:
2020 Pennsylvania Avenue NW
Suite 189
Washington, D.C. 20006

New York Offices:
383 Kingston Avenue
Suite 103
Brooklyn, New York 11213-4333

Michigan Offices:
P.O. Box 131098
Ann Arbor, Michigan 48113

California Offices:
1702 S. Robertson Blvd.
Ste. 770
Los Angeles, California 90035

Arizona Offices:
2820 S. Alma School Rd., Ste. 18-182
Chandler, Arizona 85286-4392

Writer's Direct Tel: (734) 635-3756
FAX: (801) 760-3901
Email: rmuise@americanfreedomlawcenter.org

September 24, 2025

***VIA Email***

Mayor Abdullah H. Hammoud
16901 Michigan Avenue
Dearborn, Michigan 48126
Email: mayorhammoud@ci.dearborn.mi.us

**Re:** ***Religious Displays in the City of Dearborn***

Dear Mayor Hammoud:

It was brought to our attention by residents of the City of Dearborn ("City") that the City has been displaying Islamic religious banners on City property during Ramadan. While the City has many residents who follow the Islamic religion, there are also a considerable number of Christian and Jewish residents.

A photograph of the banners in question appears below:



We were also informed of several other instances where the City demonstrated a preference for Islam over other faiths, including when the Dearborn police and fire departments sold shirts displaying religious Ramadan messages along with the official government emblems for their respective departments, but they did not similarly provide Christians and Jews the opportunity to purchase clothing with a message appropriate to their faith traditions; and when the City failed to erect religious displays for Christians or Jews, but only erected Muslim religious displays or secular holiday displays such as a "Christmas" tree and completely excluded any recognition of our Jewish brothers and sisters; and finally, when you made an invitation as the Mayor on your government email to celebrate an Iftar meal for Ramadan, but made no similar outreach efforts to celebrate a Passover or Easter meal.

While all of the residents of the City do not share the same faith, they do share the same rights guaranteed under the United States Constitution. Indeed, it is because of the fundamental right to religious exercise found in the First Amendment that members of diverse religions, including Muslims, are able to practice their faith freely in our great country. The same cannot be said about many Islamic nations, which forbid the practices of Christianity and Judaism under pain of often severe penalties.

Unfortunately, the City has a long history of discriminating against individuals, specifically Christians, who do not share the Islamic faith, and this has often resulted in litigation that favored the Christians. *See Saieg v. City of Dearborn*, 641 F.3d 727 (6th Cir. 2011) (striking down a restriction on a Christian pastor's right to distribute religious literature during the Arab festival held in the City of Dearborn); *Acts 17 Apologetics v. City of Dearborn*, No. 11-cv-10700, 2012 U.S. Dist. LEXIS 197041 (E.D. Mich. Feb. 7, 2012) (denying the City's motion to dismiss the lawsuit filed by Christians who alleged that they were unlawfully arrested for evangelizing during the Arab festival held in the City of Dearborn); *Bible Believers v. Wayne Cty.*, 805 F.3d 228 (6th Cir. 2015) (holding that law enforcement violated the constitutional rights of Christians at the Arab festival held in the City of Dearborn).

In April 2024, video captured pro-Palestinian protestors chanting "death to America" and "death to Israel" in the City.[1] This protest was widely reported across the country. As noted in the story reported by *The Detroit News*, "The chants were denounced by Dearborn's mayor and other locals," and rightfully so as such hostility is exceedingly divisive.

However, it was recently reported that you had a verbal altercation with a Christian resident who was exercising his right to free speech at a City Council meeting. The resident was expressing his objections to two intersections being renamed after an individual that he believed was "a promoter of Hezbollah and Hamas," which are officially designated as terrorist organizations by the United States government. After accusing the speaker of being racist, bigoted, and an Islamophobe for expressing his concerns to the City Council, you reportedly stated, "Although you live here, I want you to know as mayor, you are not welcome here."[2] Unfortunately, there are many residents, in particular Christians and Jews, who do not feel "welcome" in your City.

---

[1] (*See* https://www.detroitnews.com/story/news/politics/2024/04/08/death-to-america-chant-dearborn-jihad-rally-al-quds-day-draws-condemnation/73247053007/).

[2] (*See* https://www.foxnews.com/us/dearborns-muslim-mayor-tells-christian-hes-not-welcome-debate-honoring-pro-terror-arab-leader).

As the U.S. Supreme Court stated decades ago in *West Virginia State Board of Education v. Barnette*, 319 U.S. 624, 642 (1943), "If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion or other matters of opinion. . . ." According to the Court, "Government in our democracy, state and national, must be neutral in matters of religious theory, doctrine, and practice. It may not be hostile to any religion or to the advocacy of no religion; and it may not aid, foster, or promote one religion or religious theory against another or even against the militant opposite." *Epperson v. Ark.*, 393 U.S. 97, 103-04 (1968). In short, "[t]he clearest command of the Establishment Clause is that one religious denomination cannot be officially preferred over another." *Larson v. Valente*, 456 U.S. 228, 244 (1982). The Framers and the citizens of their time not only sought to protect the right of individual conscience in matters of religion, but they also wanted to guard against civic divisiveness that often follows when the government weighs in on the side of one religion.

The bottom line is that the City of Dearborn has become a hostile place for Christians and Jews. Your City's singular celebration of Ramadan through the display of the banners discussed previously is one factor fueling this hostility.

To help heal those in your City who feel like outsiders due to the singular promotion of Islam, we would request that the City display at the appropriate time banners similar in size and content to the Ramadan banners that recognize the holy days of Christians and Jews, such as Christmas, Easter, Rosh Hashanah, and Yom Kippur, respectively. We are happy to work with you on the content and design of these banners.

We look forward to a favorable reply.

Sincerely,

Robert J. Muise, Esq.

David Yerushalmi, Esq.

cc: Jeremy Romer, City Attorney, via email (jromer@ci.dearborn.mi.us)

# EXHIBIT F

RNS | Religion News Service



NEWS

# Lawns light up for Ramadan as Muslim families give holy month the Christmas treatment

(RNS) — Outdoor displays once reserved almost exclusively for Christmas are now lighting up lawns during the Islamic month of fasting.




Ramadan decorations at the Husic home on Feb. 21, 2026, in Kennesaw, Georgia. (Photo courtesy of Jasmina Husic)

NEWS
1 Religious Democrats prep

NEWS
2 In a blockbuster retelling

NEWS
3 Darializa Chevalier will be

NEWS
4 Music videos, remodeling

NEWS
5 Senator-elect Adam Ham

By Ulaa Kuziez
February 24, 2026 at 8:03 p.m. ET

Get RNS' thoughtful, essential religion reporting every morning. **Sign up for free!**



Lawns light up for Ramadan as Muslim families give holy month the Christmas treatment

About 5 Minutes

1x

Everlit

Support RNS: Donate

(RNS) — Every Christmas season as her neighbors draped their house and grounds with festive lights, Jasmina Husic's children asked the same question: "Mama and baba, why don't we decorate for Christmas?" she said.

The mother of five, who lives in Kennesaw, Georgia, would explain that they can appreciate Christmas, but that it's not a Muslim holiday. That didn't seem to satisfy their curiosity. So a couple of years ago during Ramadan, she tried something different — Husic bought crescent string lights and inflatables to decorate her yard with her kids.

"And they were so excited," said Husic. "Now they realize, 'Oh, it's Ramadan, because we have inflatables and our house has decorations everywhere.' It helps them to be proud that they are different."

AdChoices Sponsored

Big-box retailers such as Target and Party City have been embracing Ramadan in recent years with indoor holiday supplies, from wall decorations to children's books. Many Muslim Americans have enthusiastically embraced the stores' nod to representation in return.

But for a growing number of small retailers and their Muslim customers, the celebration no longer stops at the front door. Outdoor displays that rival those that appear at Halloween or Christmas are now lighting up lawns during the Islamic holy month, which this year began on Feb. 17 in the United States.

Since launching her Muslim-oriented inflatables business in 2020, Basharat Rehman has seen sales increases for her displays for Ramadan and Eid, the holiday marking the end of the month of fasting.

Pope Leo, in the Amazon: Blo
By Barbara Fraser

During the coronation of the
By Noah Moeys

Waiting on the Pope in the de
By Noah Moeys

In Peru, some Sodalitium abu
By Aleja Hertzler-McCain

'Zaña is the cry of the oppres
By Aleja Hertzler-McCain and Noah



CAMEL INFLATABLE 'JAMAL'
**$57 USD** ~~$79 USD~~



GRAND 'DOME OF THE ROCK' INFLATABLE
**$79 USD**



OVERSIZED FESTIVE LANTERNS (PINK/ PURPLE)
**$59 USD**




'OMAR & LAILA' RAMADAN/EID INFLATABLE
**$69 USD** ~~$99 USD~~




GRAND EID COUNTDOWN INFLATABLE
**$50 USD** ~~$99 USD~~




SPACE ROCKET INFLATABLE BUNDLE
**$69 USD** ~~$89 USD~~

Some of the inflatables sold online by New Traditions Store. (Screen grab)

Her New Traditions Store, based in Toronto, is one of several businesses in North America that sells inflatables worldwide in the shapes of mosques, a crescent and people holding up a "Ramadan Mubarak" banner. "There were a lot of parents out there that felt the same sort of void that we did," said Rehman.

The concept is not without its critics, who say Muslims should not mimic non-Islamic holidays, but Rehman said those commentators likely don't understand the challenges of raising Muslim children in a world where Christmas can overshadow the delights of other faiths.

"If we just tell our children Ramadan is just about praying and fasting, a child will not find that appealing," she said. "You have to introduce it in a fun way in the beginning years, so that by the time they're older, they can actually partake in the spiritual aspects of Ramadan."

AdChoices Sponsored

Some mosques across the country have also opted to hang lights or signs to mark the month when Muslims fast from dawn to sunset.

**RELATED:** After ICE raids, Ramadan in Minnesota is somber, but some hope it offers healing

Tom Gjelten explores wha

What C.S

(The Conversation) — Some N




Rus
we

Professional Christmas decorating companies have caught wind of the trend and are extending their season beyond December. Several lighting companies in Michigan, New Jersey and Illinois advertised services ahead of Ramadan this year.




Ramadan decorations light up Jasmina Husic's home in Kennesaw, Georgia, on Feb. 21, 2026. (Photo courtesy of Jasmina Husic)

In Livonia, Michigan, close to Detroit's western suburbs and their densely Muslim neighborhoods, Martin Zoros, owner of Zoro's Lights, said the more than 20 homes he has decorated for Ramadan so far is down from previous years, due to what he suspects are lean financial times.

But Nora Farhat, a Muslim who runs the Detroit-area company Wonderly Lights, said Muslim clients make up a slightly larger chunk of her business this year, at about 10%.

"It's ironic. We are a proud Christmas lighting company. But actually we are proud Muslims that do holiday lights," she said.

AdChoices Sponsored

Farhat said interest in outdoor displays from both Muslim and non-Muslim families took off during the COVID-19 lockdowns, as outdoor lights, she said, offered joy to people spending holidays apart from their families.

In 2020, in the middle of the pandemic, Halal Metropolis, an organization in Dearborn, devised a Ramadan home lights competition as a way to maintain the



(RN


Afte
org


W
(R


W
Af
or


C
Ca
Can AI Make Us Mor
Can AI make us richer, freer, a
PLAY EPISODE

"Ramadan spirit" during a time of isolation, according to organizers.




In this April 28, 2020, file photo, Ramadan lights are displayed on a house in Dearborn, Michigan. (AP Photo/Carlos Osorio)

Since then, Farhat said more Muslim families have sought her services for string lights and displays, such as crescent-shaped wreaths in traditional Ramadan green.

"The same way a neighbor might decorate for Christmas, the neighbor next door is decorating for Ramadan. There is a really beautiful unity to it because we're all doing it, just with our unique touches," she said. "And when people are able to share their different beliefs and customs, I think it brings more beauty, and the lighting concept is a beautiful way to do that."

**RELATED:** A look at Ramadan and how Muslims observe the holy month

The city of Dearborn, where the large Muslim population has sometimes been a flashpoint, has decorated its street lights with the crescent moons and stars for Ramadan. The display, commissioned by the city's development authority, is the first of its kind in Dearborn, a spokesperson said.

AdChoices Sponsored

"This initiative reflects who we are as a city," said Mayor Abdullah H. Hammoud in a statement. "Each season, we stand side-by-side to celebrate all of the traditions that

NEWS
Pope Leo, in th
'demands justi
OPINION
For Native Amer
cannot wait
NEWS
During the coro
'their' pope
NEWS
Waiting on the
endurance

Subscribe to the RNS M
Email Address

make us special. It's no wonder we continue to set new standards for holiday and cultural displays."



FILE – In a file photo from Tuesday, April 28, 2020, Ramadan lights are displayed on a house in Dearborn, Mich. (AP Photo/Carlos Osorio)

Light Up Columbus, an Ohio company, created Dearborn's custom Christmas and Ramadan displays. Since then, owner Chris Apfelstadt said mosques and a school have expressed interest in his work, which he said shows the importance of having holidays represented in a public way.

"Being on display is a big deal, and it brings people joy," Apfelstadt said. "When we can bring people joy with lighting, we want to do that, and it doesn't matter to us what the religion is, what the reason is."

**RELATED:** Ramadan behind bars should be a holy time, Muslim advocates say, not a fight for religious rights

But for Muslims, the reason comes down to community. Randa Restum, a mother of two, said public recognition of Ramadan in Dearborn's streets and schools has made it easier for her young children to practice some aspects of the holy month.

"It's really important for them to just be proud of their culture and their religion," said Restum, who paid Wonderly Lights to light up her Dearborn home this year. "I just want my kids to remember that it's just a special time."

AdChoices Sponsored

Husic, the Georgia mother, said it is also important that her displays spark conversations with curious neighbors who want to learn about her beliefs. "It just makes it even more special that my neighbors appreciate it," she said.

EXPLORE MORE IN:

Faiths Islam Life & Culture News Social Issues

## A note from our CEO

We value thoughtful conversation and feedback. However, we've made the difficult decision to temporarily pause comments because we're unable to provide the level of moderation needed to keep the dialogue respectful and constructive.

We still want to hear from you. Please share your thoughts, feedback or questions with us at info@religionnews.com.

**Deborah Caldwell, CEO and Publisher**

Donate today

# EXHIBIT G

Gmail "funding of banners"

99+
Mail
Chat
Meet

Compose

Inbox 107,295
AI Inbox
Starred
Snoozed
Important
Sent
Purchases 2,654
Updates 91,405
Forums 21,411
Promotions 154,970
More

Labels
[Gmail] 2
Zoom Law & Power
More

# Funding of banners

**Margot Cleveland** <margotcleveland@gmail.com>
to RAbraham

Good morning,

Last night I asked if the City Council would fund banners to celebrate Easter and Passover. Although I hoped someone from t
to ask you: Will you propose funding for Easter and Passover banners, as well as a menorah for the Peace Park?

I would appreciate a response before the next City Council meeting and am happy to meet with the you and other members c
litigation.

Also, for your convenience, I am attaching a copy of the original email I sent the City Attorney who did **not** respond, as well a

Thank you for your attention to this matter.
Regards,
Margot Cleveland

2 Attachments • Scanned by Gmail   Add all to Drive

Reply   Forward

Gmail

genos

99+
Mail
Chat
Meet

Compose

**Inbox** 107,295
AI Inbox
Starred
Snoozed
Important
Sent
**Purchases** 2,654
**Updates** 91,405
**Forums** 21,411
**Promotions** 154,970
More

Labels

**[Gmail]** 2
Zoom Law & Power
More

# Funding of banners

**Margot Cleveland** <margotcleveland@gmail.com>
to GEnos

Good morning,

Last night I asked if the City Council would fund banners to celebrate Easter and Passover. Although I hoped someone from t
to ask you: Will you propose funding for Easter and Passover banners, as well as a menorah for the Peace Park?

I would appreciate a response before the next City Council meeting and am happy to meet with you and other council membe

Also, for your convenience, I am attaching a copy of the original email I sent the City Attorney who did **not** respond, as well a

Thank you for your attention to this matter.
Regards,
Margot Cleveland

**2 Attachments** • Scanned by Gmail    Add all to Drive





Reply    Forward

Gmail

"funding of banners"

99+
Mail
Chat
Meet

Compose

**Inbox** 107,295
AI Inbox
Starred
Snoozed
Important
Sent
**Purchases** 2,654
**Updates** 91,405
**Forums** 21,411
**Promotions** 154,970
More

Labels

**[Gmail]** 2
Zoom Law & Power
More

## Funding of banners

**Margot Cleveland** <margotcleveland@gmail.com>
to KAlsawafy

Good morning,

Last night I asked if the City Council would fund banners to celebrate Easter and Passover. Although I hoped someone from t
to ask you: Will you propose funding for Easter and Passover banners, as well as a menorah for the Peace Park?

I would appreciate a response before the next City Council meeting and am happy to meet with the you and other members o
litigation.

Also, for your convenience, I am attaching a copy of the original email I sent the City Attorney who did **not** respond, as well a

Thank you for your attention to this matter.
Regards,
Margot Cleveland

**2 Attachments** • Scanned by Gmail Add all to Drive

Reply Forward

Gmail

"funding of banners"

99+
Mail
Chat
Meet

Compose

Inbox 107,295
AI Inbox
Starred
Snoozed
Important
Sent
Purchases 2,654
Updates 91,405
Forums 21,411
Promotions 154,970
More

Labels
[Gmail] 2
Zoom Law & Power
More

# Funding of banners

**Margot Cleveland** <margotcleveland@gmail.com>
to MHammoud

Good morning,

Last night I asked if the City Council would fund banners to celebrate Easter and Passover. Although I hoped someone from t
to ask you: Will you propose funding for Easter and Passover banners, as well as a menorah for the Peace Park?

I would appreciate a response before the next City Council meeting and am happy to meet with you and other council membe

Also, for your convenience, I am attaching a copy of the original email I sent the City Attorney who did **not** respond, as well a

Thank you for your attention to this matter.
Regards,
Margot Cleveland

**2 Attachments** • Scanned by Gmail   Add all to Drive





Reply   Forward

Gmail

"funding of banners"

99+
Mail
Chat
Meet

Compose

**Inbox** 107,295
AI Inbox
Starred
Snoozed
Important
Sent
**Purchases** 2,654
**Updates** 91,405
**Forums** 21,411
**Promotions** 154,970
More

Labels

**[Gmail]** 2
Zoom Law & Power
More

# City Council funding of banners celebrating Easter & Passover



**Margot Cleveland** <margotcleveland@gmail.com>
to MSareini

Good morning,

Last night I asked if the City Council would fund banners to celebrate Easter and Passover. Although I hoped someone from t
to ask you: Will you propose funding for Easter and Passover banners, as well as a menorah for the Peace Park?

I would appreciate a response before the next City Council meeting and am happy to meet with the you and other members o
litigation.

Also, for your convenience, I am attaching a copy of the original email I sent the City Attorney who did **not** response, as well

Thank you for your attention to this matter.
Regards,
Margot Cleveland

**2 Attachments** • Scanned by Gmail    Add all to Drive





Reply    Forward

Gmail

"funding of banners"

99+
Mail
Chat
Meet

Compose

Inbox 107,295
AI Inbox
Starred
Snoozed
Important
Sent
Purchases 2,654
Updates 91,405
Forums 21,411
Promotions 154,970
More

Labels

[Gmail] 2
Zoom Law & Power
More

# funding of banners



**Margot Cleveland** <margotcleveland@gmail.com>
to DOReilly

Good morning,

Last night I asked if the City Council would fund banners to celebrate Easter and Passover. Although I hoped someone from t
to ask you: Will you propose funding for Easter and Passover banners, as well as a menorah for the Peace Park?

I would appreciate a response before the next City Council meeting and am happy to meet with you and other council membe

Also, for your convenience, I am attaching a copy of the original email I sent the City Attorney who did **not** respond, as well a

Thank you for your attention to this matter.
Regards,
Margot Cleveland

**2 Attachments** • Scanned by Gmail    Add all to Drive

Reply    Forward

Gmail

"funding of banners"

99+
Mail
Chat
Meet

Compose

**Inbox** 107,295
AI Inbox
Starred
Snoozed
Important
Sent
**Purchases** 2,654
**Updates** 91,405
**Forums** 21,411
**Promotions** 154,970
More

Labels

**[Gmail]** 2
Zoom Law & Power
More

# Funding of banners



**Margot Cleveland** <margotcleveland@gmail.com>
to KParis

Good morning,

Last night I asked if the City Council would fund banners to celebrate Easter and Passover. Although I hoped someone from t
to ask you: Will you propose funding for Easter and Passover banners, as well as a menorah for the Peace Park?

I would appreciate a response before the next City Council meeting and am happy to meet with the you and other members o
litigation.

Also, for your convenience, I am attaching a copy of the original email I sent the City Attorney who did **not** respond, as well a

Thank you for your attention to this matter.
Regards,
Margot Cleveland

**2 Attachments** • Scanned by Gmail    Add all to Drive





Reply    Reply all    Forward

# EXHIBIT H

Gmail

**Margot Cleveland <margotcleveland@gmail.com>**

## Request a meeting re Easter & Passover Banners/Menorah

**Margot Cleveland** <margotcleveland@gmail.com> Mon, Apr 27, 2026 at 1:10 PM
To: Ola Faraj <ofaraj@dearborn.gov>, "Ivery, Deborah" <divery@dearborn.gov>, KAlsawafy@dearborn.gov, RAbraham@dearborn.gov, GEnos@dearborn.gov, MHammoud@dearborn.gov, DOReilly@dearborn.gov, KParis@dearborn.gov, MSareini@dearborn.gov
Cc: Robert Muise--AFLC <rmuise@americanfreedomlawcenter.org>

Good afternoon,

Following the April Dearborn City Council meeting, I reached out to each council member asking if they would support funding for Easter and Passover banners, requesting they respond before the next meeting.

I was informed that your office directed the council members not to respond to me because of the threat of litigation. However, as I made clear during my public comments, my goal is to avoid litigation and I would like to discuss with the council members funding such banners, along with funding a Menorah for the Peace Park to accompany the Christmas display. I was told I should contact you to set up a meeting, and do so now.

And as a gesture of good will and to confirm my intent is to avoid litigation, it would just be a meeting with me, as a citizen, and not my legal counsel. (He is CCed above to confirm you may speak with me directly.)

I look forward to working with any City Council members open to a positive and constructive conversation about my concerns.

Respectfully,

Margot Cleveland

Gmail **Margot Cleveland <margotcleveland@gmail.com>**

## Request a meeting re Easter & Passover Banners/Menorah

**rmuise@americanfreedomlawcenter.org** <rmuise@americanfreedomlawcenter.org> Tue, Apr 28, 2026 at 11:12 AM
To: Margot Cleveland <margotcleveland@gmail.com>, Ola Faraj <ofaraj@dearborn.gov>, "Ivery, Deborah" <divery@dearborn.gov>, KAlsawafy@dearborn.gov, RAbraham@dearborn.gov, GEnos@dearborn.gov, MHammoud@dearborn.gov, DOReilly@dearborn.gov, KParis@dearborn.gov, MSareini@dearborn.gov

This confirms that there are no objections to Ms. Cleveland speaking with any of you directly regarding the matter addressed in her email below. Please contact me if you have any questions. Thank you.

**Robert J. Muise***

American Freedom Law Center ®

Washington, D.C., Michigan, New York, California & Arizona

P.O. Box 131098

Ann Arbor, MI 48113

**Licensed in Michigan*

T: (734) 635-3756 (direct)

F: (801) 760-3901

E: rmuise@americanfreedomlawcenter.org

W: www.americanfreedomlawcenter.org

========================================================================

This electronic message transmission may contain ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. Thank You.

========================================================================

---

**From:** Margot Cleveland <margotcleveland@gmail.com>
**Sent:** Monday, April 27, 2026 1:10 PM
**To:** Ola Faraj <ofaraj@dearborn.gov>; Ivery, Deborah <divery@dearborn.gov>; KAlsawafy@dearborn.gov; RAbraham@dearborn.gov; GEnos@dearborn.gov; MHammoud@dearborn.gov; DOReilly@dearborn.gov; KParis@dearborn.gov; MSareini@dearborn.gov
**Cc:** Robert Muise--AFLC <rmuise@americanfreedomlawcenter.org>
**Subject:** Request a meeting re Easter & Passover Banners/Menorah

Good afternoon,

Following the April Dearborn City Council meeting, I reached out to each council member asking if they would support funding for Easter and Passover banners, requesting they respond before the next meeting.

I was informed that your office directed the council members not to respond to me because of the threat of litigation. However, as I made clear during my public comments, my goal is to avoid litigation and I would like to discuss with the council members funding such banners, along with funding a Menorah for the Peace Park to accompany the Christmas display. I was told I should contact you to set up a meeting, and do so now.

And as a gesture of good will and to confirm my intent is to avoid litigation, it would just be a meeting with me, as a citizen, and not my legal counsel. (He is CCed above to confirm you may speak with me directly.)

I look forward to working with any City Council members open to a positive and constructive conversation about my concerns.

Respectfully,

Margot Cleveland

# EXHIBIT I

REGULAR MEETING OF THE COUNCIL

September 22, 2026

AGENDA

1. ROLL CALL

2. INVOCATION BY Pastor Marvin Miles of the International Gospel Center.

3. PLEDGE OF ALLEGIANCE

4. PUBLIC COMMENT

5. RESOLUTION IN NEED OF OFFER AND SUPPORT – Approving all items on the consent agenda and requesting immediate effect.

## CONSENT AGENDA

6. RESOLUTION BY COUNCILMEMBERS HAMMOUD AND ALSAWAFY – Authorizing the use of two (2) on-street parking spaces (approximately 423 sq. ft.) for the Outdoor Seating Platform Program on the West side of Monroe St. south of Michigan Ave., adjacent and in partnership with The Great Commoner, for the term of one-year, in the total amount of $1,234.50 and requesting immediate effect.

7. RESOLUTION BY COUNCILMEMBERS ENOS AND PARIS – Authorizing Change Order No. 1 with Eminent Excavating, LLC (C.R. 6-306-26) in the amount of $168,570 for Water Main Replacement and Asphalt Street Resurfacing-Phase 2-2025 (Dearborn Job No. 2024-018) and requesting immediate effect.

8. RESOLUTION BY COUNCILMEMBERS O'REILLY AND PARIS – Authorizing Change Order No. 3 with Al's Asphalt Paving Company (C.R. 9-512-24) in the amount of $176,000 for DAC Staff Parking Lot and Street Asphalt Resurfacing-Phase 1-2024 (Dearborn Job No. 2024-024) and requesting immediate effect.

9. RESOLUTION BY COUNCILMEMBERS ENOS AND O'REILLY – Authorizing an Emergency purchase from BELFOR (1-800-BOARDUP) in the amount of $40,522 for Emergency Safety Measures for the Garrison St. Parking structure and requesting immediate effect.

10. RESOLUTION BY COUNCILMEMBERS ALSAWAFY AND HAMMOUD – Authorizing a cooperative contract purchase from Alta Equipment Company, through the MiDeal Cooperative Program, in the amount of $172,885 for two (2) Bandit Intimidator 12XPC Brush Chippers and one (1) Bandit 3100 Towable Stump Grinder for the Department of Public Works and Facilities; also authorizing the Chief Financial Officer to appropriate Fleet Reserve balance in the amount of $172,885 for this purchase and requesting immediate effect.

11. RESOLUTION BY COUNCILMEMBERS PARIS AND HAMMOUD – Authorizing a cooperative contract purchase from Lunghamer Ford, through the State of MI Extended Purchasing Program, in the amount of $183,964 for the purchase of Four (4) Model-Year 2027 Ford Explorer Patrol Vehicles for the Police Department and requesting immediate effect.

12. RESOLUTION BY COUNCILMEMBERS ENOS AND PARIS – Authorizing a cooperative contract purchase from Lunghamer Ford, through the State of MI Extended Purchasing Program, in the amount of $103,374 for the purchase of two (2) Model-Year 2027 Enhanced Ford F-150 Responders for the Fire Department and requesting immediate effect.

13. RESOLUTION BY COUNCILMEMBERS ABRAHAM AND ENOS – Authorizing to to extend the sole source contract with Constellation Energy (C.R. 8-291-20) for Natural Gas Purchases, in order to lock in a fixed rate of $3.786/Dth for the length of the five-year contract, valid from November 2026 through October 2031 and requesting immediate effect.

14. RESOLUTION BY COUNCILMEMBERS PARIS AND ENOS – Authorizing the Chief Financial Officer to recognize and appropriate Emergency General Fund fund balance in the amount of $75,022 to pay invoices related to the Parking Structure collapse response on February 6, 2026 at 19853 Outer Dr. (Dearborn Fire Department Run #2026-1794) and requesting immediate effect.

15. RESOLUTION BY COUNCILMEMBERS O'REILLY AND ALSAWAFY – Authorizing the Economic Development Director to submit the Transportation Alternatives Program (TAP) Grant Application for Warren Avenue Safety and Streetscape Enhancements, with funding in an amount up to $625,000 by the TAP Grant, and the City's 20% matching requirement in the amount of $125,000 being provided by CDBG-DR Green Infrastructure and requesting immediate effect.

16. RESOLUTION BY COUNCILMEMBERS ALSAWAFY AND PARIS – Authorizing the first amendment to the lease agreement with Abdo Munaser & Sons, LLC, owner of Arabian Village Market located at 10040 Dix Ave., by extending the term for one (1) additional five-year period, through September 30, 2031, to continue to utilize 3,490 sq. ft. of City-owned property near the rear of 10040 Dix Ave.; also authorizing to establish an increase to the lease rate in the approximate annual amount of 5% and an increase in the annual administrative fees from $200 to $300 and requesting immediate effect.

17. RESOLUTION BY COUNCILMEMBERS ALSAWAFY AND O'REILLY – Adopting the Tentative Agreement between the City of Dearborn and the Police Officers Association of Michigan (POAM) representing the Dearborn Police Lieutenants and Sergeants ("Union") effective July 1, 2026 through June 30, 2031 and requesting immediate effect.

18. RESOLUTION BY COUNCILMEMBERS HAMMOUD AND ALSAWAFY – Approving the request of Hussein Yassine, Controller and Operator for Fairlane Family Park LLC (Launch Dearborn), 293 N. Charlesworth St., Dearborn Heights, MI 481027, for Exhibitor and Amusement Device Licenses to provide games of chance in their business establishment located at 5901 Mercury Drive and requesting immediate effect.

END OF CONSENT AGENDA

19. RESOLUTION BY COUNCILMEMBERS ABRAHAM AND ENOS – Approving the minutes of the previous regular meeting of September 8, 2026.

20. ORDINANCE ON THE TABLE – ORDINANCE NO. 26-1872 – "An Ordinance to Amend Section 9.02 of Ordinance No. 06-1111 of the City of Dearborn by Rezoning the Property Located at 7100 Freda St. from an RE (Multiple Family Residential District) and VP (Vehicular Parking District) to the RE (Multiple Family Residential District) classification."
RESOLUTION BY COUNCILMEMBERS ENOS AND HAMMOUD – To take from the table for its final reading.

21. ORDINANCE ON THE TABLE – ORDINANCE NO. 26-1873 – "An Ordinance to Amend the Zoning Ordinance of the City of Dearborn by amending Article 1.00, Entitled 'Short Title, Rules of Construction and Definitions', and Article 2.00, Entitled 'General Provisions'."
RESOLUTION BY COUNCILMEMBERS HAMMOUD AND O'REILLY – To take from the table for its final reading.

22. RESOLUTION BY COUNCILMEMBERS HAMMOUD AND ALSAWAFY – Approving the State of Michigan Hazard Mitigation Assistance Grant agreement for Phase II of the Flood Control Project (Dearborn Job No. 2024-020) in the amount of $8,174,092.50 with the local match in the estimated amount of $908,232.50, subject to Legal review; also authorizing the Mayor to sign the agreement and all required documents on behalf of the City and authorizing the Chief Financial Officer to recognize and appropriate the grant reimbursements and requesting immediate effect.

23. RESOLUTION BY COUNCILMEMBERS HAMMOUD AND O'REILLY – Awarding a cooperative contract to Landscape Structures, through the Sourcewell Cooperative Program, in the amount of $2,303,361 for Playground Renovations at Levagood Park and Oak Park; also authorizing the Chief Financial Officer to appropriate General Fund fund balance in the amount of $2,117,887 as a transfer to the General Capital Improvement Fund, and to recognize and appropriate the transfer in the same amount in Projects I26527 and I26528 and requesting immediate effect.

24. RESOLUTION BY COUNCILMEMBERS ENOS AND O'REILLY – Awarding a two-year contract to MI Bright Lights for Holiday Lighting Installation and Maintenance at the Ford Community & Performing Arts Center and Peace Parks East & West in the total amount of $119,502.33 for FY2027 and in the total amount of $100,793.33 for FY2028.

25. RESOLUTION BY COUNCILMEMBERS ALSAWAFY AND PARIS – Authorizing the Finance Director to recognize the Michigan Commission on Law Enforcement Standards (MCOLES) Public Safety Academy Assistance Program Grant awarded to the Dearborn Police Department in the amount of $40,000 in account 101-2410-330.04-90 and appropriate the same in account 101-2410-511.10-10 and requesting immediate effect.

26. RESOLUTION BY COUNCILMEMBERS ALSAWAFY AND ENOS – Authorizing the Mayor's Office to renew the City-wide membership with the Conference of Western Wayne (CWW) for Fiscal Year 2026-2027 in the amount of $12,185.

27. RESOLUTION BY COUNCILMEMBERS ABRAHAM AND ENOS – Concurring in the appointment of Lila Kadaj to the City Beautiful Commission with a term ending June 30, 2029.

<u>PUBLIC COMMENT WILL FOLLOW ANY WALK-ON ITEMS</u>

# EXHIBIT J

FINANCE

# EXECUTIVE SUMMARY AND MEMORANDUM

**TO:** **City Council**

**FROM:** **City Administration**

**VIA:** **Mayor Abdullah H. Hammoud**

**SUBJECT:** **Award a Contract for Holiday Lighting, Installation, and Maintenance**

**DATE:** **September 9th, 2026**

---

**Budget Information**

| | | |
|---|---|---|
| Adopted Budget: | $266,875 | Peace Parks East & West: $241,875<br>FCPAC: $25,000 |
| Amended Budget: | $266,875 | Peace Parks East & West: $241,875<br>FCPAC: $25,000 |
| Requested Amount: | $119,502.33 | Peace Parks East & West: $101,502.33<br>FCPAC: $18,000 |
| Funding Source: | General Fund, Community Relations, Community Promotion, Rentals<br>General Fund, Recreation, Community Promotion, Rentals | |
| Supplemental Budget: | N/A | |

**Summary of Request**

The Community Relations and Parks & Recreation Departments, in conjunction with the Purchasing Department, is respectfully requesting the addition to the current contract with to MI Bright Lights to now provide Holiday Lighting, Installation, and Maintenance at the Ford Community & Performing Arts Center, as well as Peace Park East and Peace Park West. MI Brights Lights is the city's current vendor providing this service at Camp Dearborn, and the City has been very pleased with the quality they have been provided thus far. The contract would cover a two-year period, over which the City would own all Peace Park lights after two years of payments, and the tree lights at Peace Park West after one year.

It is respectfully requested that Council authorize the expansion and next year's renewal. The resulting contract shall not be binding until fully executed.

**Background and Justification** The City of Dearborn seeks holiday lighting displays to create a festive and welcoming atmosphere for residents, visitors, and businesses during the holiday season. The project areas include the Ford Community and Performing Arts Center, Peace Park East, and Peace Park West. The city looks for innovative and comprehensive designs, with a special emphasis on displays that are visually appealing and considerate of existing infrastructure, diverse streetscapes, and prominent public spaces. The city has been pleased with the work of our current holiday lighting vendor at Camp Dearborn, MI Brights Lights, and is seeking to add to their current contract to include Peace Park East, Peace Park West, and the Performing Arts Center.

FINANCE **EXECUTIVE SUMMARY AND MEMORANDUM**

**SIGNATURE PAGE:**

**Prepared By:**

Signed by:
J. Pich
7D2E1C2C4D89410...
Jason Pich, Buyer

**Department Approval:**

DocuSigned by:
Alia Phillips
64F917BA272444C...
Alia Phillips, Community Relations Director

**Department Approval:**

Signed by:
Sean Fletcher
503098961A7C461...
Sean Fletcher, Parks & Rec Director

**Budget Approval:**

DocuSigned by:
Michael Kennedy
F77919D1421447F...
DS
CJ
Michael Kennedy, Finance Director/Treasurer

**Corporation Counsel Approval:**

Signed by:
Carter Fisher
3F46972DF97F42A...
J. Carter Fisher Corporation Counsel