# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

**MARGOT CLEVELAND,**

Plaintiff,

v.

**CITY OF DEARBORN, MICHIGAN; ABDULLAH H. HAMMOUD,** individually and in his official capacity as Mayor of the City of Dearborn, Michigan,

Defendants.

No. 2:26-cv-13519-LVP-CI

Hon. Linda V. Parker

Magistrate Judge Curtis Ivy, Jr.

**DECLARATION OF M. ZUHDI JASSER, M.D.**

I, M. Zuhdi Jasser, M.D., make this declaration pursuant to 28 U.S.C. § 1746 and state as follows:

**<u>Background</u>**

1. I am over eighteen years of age and competent to make this declaration. The facts stated herein are based on my personal knowledge, including my lifelong practice of the Islamic faith, my study of Islam, and my work within the American Muslim community. If called as a witness, I could and would testify competently to them.

2. I am a physician (M.D.) board-certified in internal medicine practicing primary care, internal medicine, and bioethics in Phoenix, Arizona, since 1999. I am

President of the Jasser Center for Comprehensive Care and Medical Director for Bioethics at Banner University Medical Center – Phoenix.

3. I am a former Lieutenant Commander in the United States Navy. I honorably served 11 years as a medical officer in the United States Navy, and my last tour was as a staff internal medicine physician to the Office of the Attending Physician of the U.S. Congress and U.S. Supreme Court from 1997-1999. I resigned my commission in 1999.

4. I am the founder and president of the American Islamic Forum for Democracy ("AIFD"), founded in Phoenix in 2003. AIFD advocates for the preservation of the founding principles of the United States Constitution, liberty, and freedom, through the separation of mosque and state.

5. I am also Co-Director of the CLARITy Coalition. The CLARITy Coalition is a coalition of Muslims, former Muslims, Christians, Jews, Hindus, and others united against the rise of Islamist tyranny.

6. I am the author of the book, *A Battle for the Soul of Islam: An American Muslim Patriot's Fight to Save His Faith* (*Simon & Schuster,* Threshold Editions [2012]).

7. I have served as a Commissioner on the United States Commission on International Religious Freedom (USCIRF) from 2012 to 2016, including serving as its Vice Chair. I was appointed by the U.S. Senate in 2012.

8. I consider myself to be a devout practicing, lifelong Muslim who loves my faith and has a strong central relationship with God and my scripture. My parents fled Syria seeking asylum in the United States in 1967. I was born in Ohio and raised in Wisconsin. It has long been my strongly held belief that my family can practice our faith and love God more freely in America than my parents ever could in the country they escaped. I have and my family have strong ties to the American Muslim community having helped found and lead mosques in Wisconsin, Arkansas, Viriginia and Arizona in my lifetime. Our family history in those communities includes many a defense of religious freedom on behalf of fellow Muslims with those mosques in our community. I have, with those communities, long observed every holy month of Ramadan throughout my life, including its daily fast, its prayers, its gatherings, and the *Iftar* meal that breaks the fast each evening.

9. I believe, as do many Muslims like me, that the way we personally practice our faith is distinct from what is commonly called *Islamism*—a theo-political movement that seeks to have government operate under (or *establish*) its interpretation of Islamic law (sharia). I, however, believe that our inalienable rights come from God, not from government, and that the separation of mosque and state is not a threat to Islam but a protection for the religious liberty of Muslims and of all Americans. I believe that religious freedom is negated when another person's

particular belief or interpretation of faith, whether intra-faith or inter-faith, is given preferential treatment over another.

10. I submit this declaration to explain, from the perspective of a practicing Muslim, the religious meaning of Ramadan and of the observances, greetings, and symbols that, as I understand it, the City of Dearborn has used to celebrate Ramadan: the "Ramadan Kareem" banners, the lighted crescent moon in the City's Peace Park, the crescent moon and star street light displays, the green lighting of the police building, police apparel pairing the department's seal with a crescent moon, and the Iftar hosted by the Mayor. I have reviewed the photographs and descriptions of these displays contained in the Declaration of Margot Cleveland and its exhibits.

**Ramadan Is an Islamic Holy Month**

11. The faith of Islam follows a lunar calendar (the *Hijri* calendar) of twelve months. Ramadan is the name given to the ninth month of our Islamic calendar.

12. Muslims observe Ramadan as a holy month of fasting, prayer, reflection, and atonement. Muslims believe that the Qur'an was first revealed to the Prophet Muhammad during the month of Ramadan, and the Qur'an itself identifies Ramadan as the month in which the Qur'an was revealed as scripture to the Prophet and was sent down as guidance for mankind (Qur'an 2:185). The month of Ramadan thus commemorates that revelation.

13. Fasting (*sawm)* during Ramadan is one of the Five Pillars of Islam—the core acts of worship that are considered obligatory for every adult Muslim who is able to perform them. *See* Qur'an 2:183–85; Sahih al-Bukhari 8. During Ramadan, observant Muslims abstain from all food, drink, and marital relations from dawn until sunset each day. Qur'an 2:187.

14. Ramadan is also marked by additional religious devotion, including nightly congregational prayers in the mosque (*tarawih*), recitation of the entire Qur'an, charitable giving (including *zakat al-fitr*, the obligatory charity paid before the end of the month), and the observance of *Laylat al-Qadr* (the Night of Power), which Muslims believe falls in the last ten nights of Ramadan and which the Qur'an describes as better than a thousand months. Qur'an 97:1–5. Ramadan concludes with the celebration of one of Islam's two major holidays - the religious festival of *Eid al-Fitr (Holiday of the Feast)* on the first day of the Islamic calendar's tenth month, (*Shawwal*).

15. Observing the month of Ramadan is an act of worship performed in obedience to God. Participation in Ramadan is an Islamic religious exercise.

16. In my understanding, Ramadan has no secular meaning. It is not a civic, national, cultural, or seasonal holiday in the United States, and I am aware of no secular version of Ramadan, whether in Islam or in American culture. Ramadan exists only as a religious observance. Many Muslim families and communities have

social and cultural customs surrounding Ramadan, but those customs exist because of, and in service of, the religious observance.

17. Ramadan, the ninth month of the Islamic lunar calendar, is not tied to any season of the year. Because the Islamic lunar year is approximately 354 days long—roughly eleven days shorter than the solar year—Ramadan begins about eleven days earlier each year and thus moves back by 11 days a year through every season over an annual cycle that takes approximately thirty-three years to come full circle in the solar calendar. Ramadan therefore is not associated with any harvest, season, or secular event. Its timing, like its meaning, is determined solely by religion.

**Iftar (*Fast-breaking)* Is an Islamic Religious Exercise**

18. Iftar is the meal that Muslims eat at sunset to break the daily Ramadan fast. Following the practice of the Prophet Muhammad, Muslims customarily break the fast with dates and water and recite a prayer of supplication (*du'a*), and the Iftar is accompanied by the sunset prayer (*Maghrib*).

19. Muslims regard providing Iftar to those who are fasting as itself a religiously meritorious act. According to a well-known teaching of the Prophet, one who provides Iftar to a fasting person earns a reward like that of the person fasting. Jami' at-Tirmidhi 807.

20. Iftar exists only because of the religious fast. Observing Iftar is an Islamic religious exercise, and an Iftar held during Ramadan is a religious event, not

a secular dinner. Even when non-Muslims are invited, as at interfaith or civic Iftars, the meal remains the breaking of a religious fast.

**<u>"Ramadan Kareem" Is a Religious Greeting</u>**

21. "Ramadan Kareem" is Arabic for "Generous Ramadan" or "Ramadan is generous." It is a traditional greeting that Muslims exchange during the holy month, together with "Ramadan Mubarak" ("Blessed Ramadan"). The greeting expresses the religious belief that Ramadan is a blessed month in which God is especially generous with His mercy, forgiveness, and reward.

22. "Ramadan Kareem" is a religious blessing on an Islamic holy month. It is not a generic seasonal greeting, and it has no secular meaning.

**<u>The Crescent Moon and the Crescent Moon and Star<br>Are Religious Symbols of Islam</u>**

23. The crescent moon (*hilal*) has particular religious significance in Islam because each Islamic month, including Ramadan, begins with the sighting of the new crescent moon. The Qur'an teaches that the new moons are signs for marking time for the people and for the pilgrimage. Qur'an 2:189. The Prophet Muhammad instructed Muslims to begin the Ramadan fast upon sighting the crescent and to end it upon sighting the next crescent. Sahih al-Bukhari 1909; Sahih Muslim 1081.

24. Each year, Muslims around the world watch for the crescent moon, and mosques and religious authorities announce the beginning of Ramadan, and later Eid al-Fitr, based on its sighting. For that reason, the crescent moon is the central visual

symbol of Ramadan itself and is closely associated with the Islamic lunar calendar and its religious observances.

25. The crescent moon and star, displayed together, are widely recognized in the United States and throughout the world as the symbol of the Islamic faith. The crescent and star appear atop the domes and minarets of mosques, on Islamic religious materials, and on the flags of many Muslim-majority nations. The U.S. Department of Veterans Affairs, for example, includes the crescent and star among its approved emblems of belief for government headstones and markers as the emblem for servicemembers who identify as Muslim. In fact, I was actively involved from 1996-1998 when stationed in the D.C. area as a U.S. Navy officer in adding the Islamic Crescent Moon alongside the cross and Star of David to the emblem on the Chapel at the National Naval Medical Center in Bethesda, Maryland.

26. The crescent and star is not prescribed by the Qur'an, and as a combined emblem it became prominent historically through its association with Muslim empires, including the Ottoman Empire. Whatever its historical origins, however, the crescent and star is today understood by Muslims and non-Muslims alike as the symbol of Islam. It is not a symbol of any season, civic event, or secular tradition in the United States.

27. A crescent moon, or a crescent moon and star, displayed during Ramadan and for the purpose of marking Ramadan, communicates only one

message: the celebration of the Islamic holy month. In that context the symbol has no secular meaning.

**The Color Green**

28. The color green has a long and well-known association with Islam. The Qur'an describes the inhabitants of Paradise as clothed in green garments, Qur'an 18:31, 76:21; Islamic tradition holds that green was a color favored by the Prophet Muhammad; and green is used extensively on mosques, Islamic religious banners, and the flags of many Muslim-majority nations. Lighting a public building green "[i]n recognition of Ramadan" and "throughout the remainder of the holy month" is, in my understanding, a recognition of an Islamic religious observance.

**Conclusion**

29. Based on my lifelong practice of Islam and my understanding of its teachings, each of the City's Ramadan displays and observances described above—the "Ramadan Kareem" banners, the crescent moon in the Peace Park, the crescent moon and star street light displays, the green lighting of the police building to mark the holy month, police apparel pairing the department's seal with a crescent moon, and the Mayor's Iftar—is religious in nature. Each celebrates Ramadan, an observance that exists solely as an act of Islamic worship, and none has a secular meaning.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of November, 2026, in Phoenix, Arizona.

M. Zuhdi Jasser, M.D.